# Exhibit A

*N-Tron Corp. v. Nicholson, et al.*, Case No. 12 Civ. 3568 (GBD)(GWG) (S.D.N.Y.)

**PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS**

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| Ann Marie Monahan | 4/17/2014 | 9:2 | 9:4 | | 42:13 | 42:24 | | | | Foundation, Lack of personal or firsthand knowledge, Speculation |
| | | 9:11 | 9:13 | | 43:2 | 43:3 | FD, AF | 53:18 | 54:7 | Speculation, Vague and Ambiguous, Unresponsive Answer, Asked and Answered |
| | | | | | | | FD, AF | 54:16 | 55:1 | |
| | | 11:16 | 13:21 | | 43:5 | 43:18 | FD, AF | | | |
| | | 14:23 | 15:3 | | 44:5 | 45:1 | N | | | |
| | | 16:1 | 16:12 | | 45:13 | 47:9 | N | | | |
| | | 16:18 | 16:19 | | 47:11 | 48:5 | | | | |
| | | 18:19 | 19:15 | | 48:8 | 48:20 | | | | |
| | | 24:12 | 25:3 | | 48:23 | 49:3 | | | | |
| | | 25:21 | 25:25 | | 54:13 | 54:15 | | | | |
| | | 26:7 | 27:9 | | 123:21 | 124:1 | | | | |
| | | 27:15 | 29:2 | | 128:13 | 128:17 | | | | |
| | | 34:19 | 35:7 | (35: 8-12) Part of question deleted | 131:9 | 131:11 | | | | |
| | | 35:13 | 35:17 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Unresponsive answer; Speculation | 135:20 | 136:1 | | | | |
| | | 35:21 | 35:21 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Unresponsive answer; Speculation | 136:7 | 136:24 | | | | |
| | | 43:11 | 43:18 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | 151:19 | 152:8 | | | | |
| | | 60:10 | 60:17 | | 179:2 | 179:19 | AA | | | |
| | | 61:15 | 61:20 | | | | | | | |
| | | 61:23 | 62:8 | | | | | | | |
| | | 64:17 | 64:20 | | | | | | | |
| | | 68:22 | 69:12 | | | | | | | |

| PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | Objection(s) |
| | | Start | End | | Start | End | | Start | End | |
| | | 69:14 | 70:2 | | | | | | | |
| | | 70:4 | 70:9 | | | | | | | |
| | | 70:11 | 70:13 | Unresponsive answer | | | | | | |
| | | 70:25 | 71:2 | | | | | | | |
| | | 71:13 | 72:4 | | | | | | | |
| | | 74:4 | 74:14 | | | | | | | |
| | | 74:25 | 75:4 | | | | | | | |
| | | 75:7 | 75:14 | | | | | | | |
| | | 75:17 | 75:17 | | | | | | | |
| | | 75:19 | 75:20 | | | | | | | |
| | | 76:16 | 77:7 | | | | | | | |
| | | 89:15 | 89:16 | | | | | | | |
| | | 90:1 | 90:6 | | | | | | | |
| | | 90:13 | 90:16 | | | | | | | |
| | | 95:7 | 95:11 | | | | | | | |
| | | 96:18 | 97:14 | | | | | | | |
| | | 97:17 | 97:24 | | | | | | | |
| | | 110:2 | 110:6 | | | | | | | |
| | | 110:15 | 110:18 | | | | | | | |
| | | 111:5 | 111:6 | | | | | | | |
| | | 113:15 | 113:19 | | | | | | | |
| | | 113:22 | 114:1 | | | | | | | |
| | | 123:9 | 123:20 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |
| | | 124:8 | 125:3 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation; Question assumes fact(s) not in evidence or contrary to evidence; Leading question | | | | | | |
| | | 125:9 | 126:11 | (126: 8-11) Speculation; Question assumes fact(s) not in evidence or contrary to evidence; Leading question;Argumentative question | | | | | | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS**

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 127:2 | 127:12 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |
| | | 128:1 | 128:4 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |
| | | 128:9 | 128:12 | (128: 9-12) Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation; Leading question | | | | | | |
| | | 128:18 | 129:4 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |
| | | 129:10 | 130:3 | | | | | | | |
| | | 130:20 | 131:8 | | | | | | | |
| | | 132:11 | 132:13 | Leading question; Asked and answered; Vague and ambiguous; Argumentative question; Foundation, lack of personal or firsthand knowledge | | | | | | |
| | | 132:15 | 132:15 | Leading question; Asked and answered; Vague and ambiguous; Argumentative question; Foundation, lack of personal or firsthand knowledge | | | | | | |
| | | 134:7 | 134:23 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 135:1 | 135:19 | Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation | | | | | | |
| | | 136:2 | 136:6 | | | | | | | |
| | | 138:14 | 139:18 | Leading question | | | | | | |
| | | 140:17 | 141:24 | | | | | | | |
| | | 142:7 | 142:25 | | | | | | | |
| | | 143:3 | 143:14 | (143: 5-9) Speculation; Asked and answered; Leading question; Argumentative question | | | | | | |
| | | 143:20 | 143:23 | | | | | | | |
| | | 144:10 | 144:13 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony; Leading question; Argumentative question; Question assumes fact(s) not in evidence or contrary to evidence | | | | | | |
| | | 144:16 | 144:20 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony; Leading question; Argumentative question; Question assumes fact(s) not in evidence or contrary to evidence | | | | | | |
| | | 144:24 | 145:4 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony; Leading question; Argumentative question; Question assumes fact(s) not in evidence or contrary to evidence | | | | | | |

# PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations Start | Designations End | Objection(s) | Counter-Designations Start | Counter-Designations End | Objection(s) | Rebuttal Designations Start | Rebuttal Designations End | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 146:24 | 147:22 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony | | | | | | |
| | | 148:2 | 148:11 | (148:8-11) Foundation, lack of personal or firsthand knowledge; Opinion testimony; Speculation; Leading question | | | | | | |
| | | 148:21 | 149:4 | | | | | | | |
| | | 149:12 | 149:25 | | | | | | | |
| | | 150:4 | 150:19 | | | | | | | |
| | | 150:24 | 151:18 | | | | | | | |
| | | 152:9 | 153:14 | (152: 9-18) Question assumes fact(s) not in evidence or contrary to evidence; Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony | | | | | | |
| | | 158:3 | 158:6 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony; Leading question; Vague and ambiguous | | | | | | |
| | | 158:10 | 158:18 | Speculation; Foundation, lack of personal or firsthand knowledge; Opinion testimony; Leading question; Unresponsive answer; Vague and ambiguous | | | | | | |
| | | 163:2 | 163:22 | | | | | | | |
| | | 164:13 | 165:15 | | | | | | | |
| Amanda Strong | 4/17/2014 | 6:16 | 6:18 | | 30:11 | 30:19 | | 55:5 | 55:10 | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 7:1 | 7:2 | | 53:14 | 53:15 | N | | | |
| | | 10:11 | 10:25 | | 55:11 | 55:18 | | | | |
| | | 11:5 | 12:2 | | 58:4 | 58:8 | | | | |
| | | 14:5 | 14:25 | | 59:13 | 59:21 | | | | |
| | | 15:17 | 15:17 | | | | | | | |
| | | 15:22 | 16:9 | | | | | | | |
| | | 26:14 | 26:15 | | | | | | | |
| | | 26:21 | 26:25 | | | | | | | |
| | | 27:9 | 27:19 | | | | | | | |
| | | 28:4 | 28:22 | | | | | | | |
| | | 30:6 | 30:10 | | | | | | | |
| | | 34:1 | 34:4 | | | | | | | |
| | | 34:6 | 34:11 | | | | | | | |
| | | 53:16 | 53:25 | | | | | | | |
| | | 54:6 | 55:4 | (54: 17-24) Leading questions | | | | | | |
| | | 55:19 | 55:23 | | | | | | | |
| | | 56:4 | 56:21 | | | | | | | |
| | | 57:7 | 58:3 | Leading questions | | | | | | |
| | | 58:9 | 58:14 | Speculation; Vague and ambiguous | | | | | | |
| | | 59:4 | 59:12 | Leading questions | | | | | | |
| Warren Nicholson | 9/12/2013 | 9:21 | 9:22 | | 45:10 | 45:11 | | 65:20 | 65:21 | |
| | | 16:24 | 17:14 | | 45:15 | 45:20 | | 70:6 | 70:21 | |
| | | 18:20 | 19:5 | | 45:23 | 45:24 | FD, S | 76:24 | 76:24 | |
| | | 19:23 | 20:11 | | 46:3 | 46:12 | FD, S | 81:4 | 81:13 | |
| | | 20:18 | 21:4 | | 64:22 | 65:3 | | 82:11 | 82:21 | |
| | | 22:3 | 22:10 | | 65:9 | 65:19 | | 116:5 | 116:10 | |
| | | 44:5 | 44:9 | (44:9) Relevancy, Materiality | 66:11 | 66:18 | | 125:6 | 125:10 | |
| | | 44:12 | 45:5 | Relevancy, Materiality, Question assumes fact(s) not in evidence or contrary to evidence | 67:17 | 68:18 | FD | 129:19 | 130:8 | |
| | | 45:9 | 45:9 | Relevancy, Materiality, Question assumes fact(s) not in evidence or contrary to evidence | 68:24 | 69:25 | FD | 134:18 | 134:21 | |
| | | 45:12 | 45:14 | Relevancy, Materiality, Question assumes fact(s) not in evidence or contrary to evidence | 70:22 | 71:5 | | 136:23 | 137:17 | |

PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 52:10 | 52:12 | | 74:17 | 76:23 | FD, S, Inc. | 138:10 | 138:22 | |
| | | 63:21 | 64:1 | | 77:7 | 78:10 | | 146:17 | 147:1 | |
| | | 64:6 | 64:21 | | 80:24 | 81:3 | | 151:1 | 151:4 | |
| | | 65:4 | 65:8 | | 81:20 | 82:6 | | 151:18 | 152:18 | |
| | | 65:22 | 66:10 | | 85:23 | 86:10 | | 153:19 | 154:16 | |
| | | 73:17 | 74:5 | | 89:5 | 91:19 | FD, S | 155:11 | 155:16 | |
| | | 79:5 | 79:9 | | 92:16 | 92:24 | | 157:20 | 158:6 | |
| | | 80:3 | 80:5 | | 93:5 | 93:24 | | 159:17 | 160:4 | |
| | | 80:17 | 80:23 | | 115:23 | 116:4 | | 162:10 | 162:16 | |
| | | 82:22 | 83:1 | | 124:6 | 124:18 | | 164:18 | 164:22 | |
| | | 84:24 | 85:9 | | 127:10 | 127:20 | | 172:16 | 172:20 | |
| | | 85:13 | 85:22 | | 128:11 | 128:15 | | 173:8 | 173:13 | Argumentative Question, Speculation, Question assumes fact(s) not in evidence or contrary to evidence |
| | | 110:14 | 111:25 | | 129:5 | 129:12 | | 173:24 | 174:3 | |
| | | 112:25 | 113:5 | | 134:3 | 134:17 | | 174:10 | 174:17 | Relevancy, Materiality |
| | | 113:10 | 113:23 | | 136:6 | 136:22 | | 174:24 | 175:2 | |
| | | 113:25 | 114:10 | | 137:18 | 138:9 | | 175:11 | 175:23 | |
| | | 114:14 | 114:18 | | 138:15 | 139:3 | MC, FD | 178:21 | 178:23 | |
| | | 115:10 | 115:22 | | 139:21 | 140:2 | | 180:14 | 180:23 | Relevancy, Materiality, Argumentative Question, Speculation, Legal Conclusion |
| | | 116:11 | 116:24 | | 140:8 | 140:17 | | 188:4 | 188:20 | Argumentative Question, Legal Conclusion |
| | | 117:14 | 118:3 | | 142:7 | 142:24 | | 190:14 | 190:14 | |
| | | 118:19 | 119:4 | | 143:6 | 144:17 | | 271:5 | 271:21 | |
| | | 122:12 | 122:24 | | 145:11 | 145:16 | | 271:24 | 272:5 | |
| | | 123:5 | 124:5 | | 146:6 | 146:16 | | 273:1 | 273:3 | |
| | | 124:23 | 125:2 | | 147:20 | 147:22 | C | 295:6 | 295:10 | |
| | | 125:5 | 125:5 | | 148:9 | 148:11 | C | | | |
| | | 125:11 | 126:8 | | 149:17 | 149:24 | | | | |
| | | 127:21 | 128:10 | | 150:4 | 150:18 | | | | |
| | | 128:16 | 128:24 | | 154:17 | 155:3 | | | | |
| | | 129:15 | 129:18 | | 158:11 | 159:16 | | | | |
| | | 130:9 | 130:16 | | 160:9 | 161:8 | R | | | |
| | | 131:20 | 132:8 | | 161:19 | 162:9 | | | | |
| | | 133:7 | 133:12 | | 164:3 | 164:17 | | | | |
| | | 133:17 | 134:2 | | 164:23 | 165:5 | | | | |
| | | 134:22 | 134:24 | | 166:17 | 167:16 | H, FD | | | |
| | | 135:2 | 135:19 | | 168:4 | 168:14 | H, FD | | | |
| | | 139:4 | 139:19 | | 169:11 | 169:15 | | | | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 140:18 | 141:22 | | 169:25 | 170:8 | | | | |
| | | 145:3 | 145:10 | | 170:12 | 170:16 | | | | |
| | | 162:21 | 164:2 | | 175:3 | 175:10 | | | | |
| | | 169:16 | 169:24 | | 178:10 | 178:20 | H | | | |
| | | 170:9 | 170:11 | | 180:9 | 180:13 | R, R403 | | | |
| | | 172:8 | 172:15 | | 181:11 | 181:13 | | | | |
| | | 172:21 | 172:25 | | 183:11 | 183:22 | | | | |
| | | 173:3 | 173:3 | | 184:10 | 184:16 | | | | |
| | | 173:7 | 173:7 | | 187:7 | 188:3 | R, R403 | | | |
| | | 174:18 | 174:23 | | 189:5 | 189:8 | | | | |
| | | 176:4 | 176:10 | | 189:11 | 190:11 | Inc. | | | |
| | | 176:22 | 177:6 | | 192:13 | 192:18 | | | | |
| | | 177:11 | 177:18 | | 192:22 | | | | | |
| | | 179:18 | 179:23 | | 192:25 | 194:9 | | | | |
| | | 180:2 | 180:8 | | 195:1 | 195:10 | R, R403 | | | |
| | | 180:24 | 181:10 | | 195:17 | 195:21 | | | | |
| | | 181:14 | 181:23 | | 196:14 | 197:12 | | | | |
| | | 182:6 | 182:12 | | 214:13 | 214:16 | | | | |
| | | 183:23 | 184:3 | | 216:12 | 216.17 | | | | |
| | | 184:21 | 184:23 | | 216:20 | 217:6 | Nonresponsive | | | |
| | | 184:25 | 185:18 | | 220:1 | 220:2 | | | | |
| | | 186:9 | 187:5 | | 220:5 | 220:8 | | | | |
| | | 188:21 | 188:22 | | 220:13 | | | | | |
| | | 188:25 | 189:4 | | 244:15 | 245:8 | | | | |
| | | 190:3 | 190:9 | | 246:20 | 246:21 | | | | |
| | | 190:15 | 190:22 | | 248:18 | 249:3 | | | | |
| | | 191:8 | 191:23 | | 270:22 | 270:25 | | | | |
| | | 192:4 | 192:12 | Relevancy, Materiality | 274:5 | 274:12 | | | | |
| | | 195:11 | 195:16 | Relevancy, Materiality | 290:12 | 290:14 | | | | |
| | | 195:22 | 196:23 | Relevancy, Materiality | 290:17 | 290:21 | | | | |
| | | 209:13 | 209:19 | | 293:9 | 293:25 | | | | |
| | | 214:3 | 214:7 | | 294:11 | 295.5 | | | | |
| | | 214:10 | 214:11 | | | | | | | |
| | | 214:17 | 215:1 | | | | | | | |
| | | 215:4 | 215:4 | | | | | | | |
| | | 215:8 | 215:11 | | | | | | | |
| | | 215:17 | 215:25 | | | | | | | |
| | | 220:14 | 220:17 | | | | | | | |
| | | 220:20 | 220:25 | | | | | | | |
| | | 221:3 | 221:8 | | | | | | | |
| | | 221:11 | 221:13 | | | | | | | |
| | | 221:16 | 221:21 | | | | | | | |
| | | 221:24 | 221:25 | | | | | | | |

# PLAINTIFF'S DEPOSITION DESIGNATIONS; DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS; PLAINTIFFS' OBJECTIONS AND REBUTTAL DESIGNATIONS

| Deponent | Date | Designations | | Objection(s) | Counter-Designations | | Objection(s) | Rebuttal Designations | | Objection(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | Start | End | | Start | End | |
| | | 222:11 | 222:17 | | | | | | | |
| | | 222:20 | 222:21 | | | | | | | |
| | | 240:5 | 240:15 | | | | | | | |
| | | 240:18 | 240:24 | | | | | | | |
| | | 245:13 | 246:19 | | | | | | | |
| | | 247:24 | 248:2 | | | | | | | |
| | | 248:5 | 248:17 | | | | | | | |
| | | 270:19 | 270:21 | | | | | | | |
| | | 271:1 | 274:4 | (273:1 - 274:4) Relevancy, Materiality, Argumentative Question | | | | | | |
| | | 274:13 | 275:20 | Relevancy, Materiality, Argumentative Question | | | | | | |
| | | 276:3 | 276:11 | Relevancy, Materiality, Argumentative Question | | | | | | |
| | | 276:25 | 277:10 | Relevancy, Materiality, Argumentative Question | | | | | | |
| | | 289:9 | 289:15 | | | | | | | |
| | | 289:19 | 290:11 | | | | | | | |
| | | 293:6 | 293:8 | | | | | | | |
| | | 294:1 | 294:10 | | | | | | | |
| | | 295:11 | 295:22 | | | | | | | |

**PLAINTIFF'S DEPOSITION DESIGNATION OBJECTION CODES**

The following codes are used in Plaintiff's objections to Defendants' deposition designations and rebuttal designations, as well as in Plaintiff's objections to Defendants' counterdesignations:

| Abbreviation | Objection |
|---|---|
| A | Authenticity |
| AA | Asked and Answered |
| AF | Assumes Facts Not in Evidence |
| FmA | Form, Argumentative |
| FmC | Form, Compound |
| FmL | Form, Leading |
| FmV | Form, Vague |
| FD | Foundation |
| H | Hearsay |
| Inc | Incomplete designation |
| IO | Improper Opinion testimony by lay witness under F.R.E. 701 and 702. |
| LC | Legal Conclusion |
| MC | Mischaracterization |
| N | Narrative, Attorney Statement/Colloquy |
| P | Privileged |
| R | Relevancy (F.R.E. 401; 402) |
| S | Calls for Speculation |
| R32 | Violates F.R.C.P 32 |
| R403 | Unduly Prejudicial (F.R.E. 403) |
| C | Character Evidence (F.R.E. 404(b)) |
| OS | Outside scope of 30(b)(6) topics OR plaintiff's designations |
| ROC | Rule of Completeness |
| W | Waiver of objection |