# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
N-TRON CORPORATION,                                          :
                                                             :
                Plaintiff,                 :
                                                             :
         - against -                                     :
                                                             :
WARREN H. NICHOLSON, ROBERT A.                               :
NICHOLSON, THOMAS SHAW, KATHY S.                             :
NICHOLSON, and MARY S. NICHOLSON,                            :
                                                             :
                Defendants.                :
                                                             :
          - and -                                         :  Case No. 12 Civ. 03568 (GBD)
                                                             :
WARREN H. NICHOLSON, ROBERT A.                               :
NICHOLSON, THOMAS SHAW, KATHY S.                             :  **ECF Case**
NICHOLSON, and MARY S. NICHOLSON,                            :
                                                             :
                Counterclaim                :
                Plaintiffs,                :
                                                             :
          - and -                                         :
                                                             :
WNE CAPITAL HOLDINGS CORPORATION,                            :
                                                             :
                Intervenor-                :
                Counterclaim                :
                Plaintiff,                 :
                                                             :
         - against -                                     :
                                                             :
N-TRON CORPORATION,                                          :
                                                             :
                Counterclaim                :
                Defendant.                 :
------------------------------------------------------------ X

**PLAINTIFF N-TRON CORPORATION'S DOCUMENT/EXHIBIT LIST**

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| 9 | E-mail from C. Matthews to M. Granby et al. | 3/23/11 | N-TRON_0000875 | ** |
| 27 | E-mail from K. Fox to S. Sutherland et al. | 8/2/10 | n/a | ** |
| 48 | E-mail from M. Topper to S. Gibbs et al. | 12/30/10 | N-TRON_0000536-37 | ** |
| 53 | Ltr. to W. Nicholson re. "Termination of Consultancy Services" | 11/24/10 | n/a | * |
| 59 | E-mail from R. Whitehurst to M. Granby | 1/11/10 | N-TRON_0001410-11 | ** |
| 66 | E-mail from D. Davis to S. Gibbs | 11/18/10 | N-TRON_0000367 | * |
| 71 | E-mail from S. Gibbs to W. Nicholson et al. | 11/9/10 | N-TRON_0000243 | ** |
| 79 | N-Tron "MANUAL OF EMPLOYEE GUIDELINES" | n/a | N-TRON_0029537-83 | ** |
| 80 | N-Tron "INTERNET, E-MAIL, AND COMPUTER USAGE POLICY" | 4/15/05 | N-TRON_0029588-90 | ** |
| 81 | E-mail from W. Nicholson to J. Morcom et al. | 2/4/10 | N-TRON_0001429-30 | ** |
| 82 | E-mail from W. Nicholson to S. Gibbs | 11/2/10 | N-TRON_0000213 | ** |
| 83 | "Confidential Executive Summary for N-TRON" | 12/09 | N-TRON_0031402-13 | ** |
| 84 | E-mail from J. Morcom to W. Nicholson et al. | 4/13/10 | N-TRON_0032391-98 | ** |
| 85 | E-mail from W. Nicholson to J. Morcom et al. | 4/15/10 | N-TRON_0032436-37 | ** |

---

[1] Prior deposition exhibit numbers are used where applicable; for documents not previously marked as deposition exhibits, numbering to begin sequentially to last previously-marked exhibit.

[2] The "Description" and "Date" entries are for convenience only. Where the exhibit consists of an e-mail chain, the Description and Date entries relate to the top e-mail in the chain; the "Bates Range" entry identifies the full scope of the exhibit.

[3] Pursuant to Rule 4.A.x of the Court's Individual Rules and Practices, in the Objection ("Obj.") column, "one asterisk indicat[es] exhibits to which no party objects on grounds of authenticity, and two asterisks indicat[e] exhibits to which no party objects on any ground."

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| 86 | E-mail from J. Jiang (WitJoint) to W. Nicholson et al. | 3/6/10 | N-TRON_0001740-43 | |
| 87 | E-mail from J. Jiang (WitJoint) to C. Matthews | 3/25/10 | N-TRON_0001739 | |
| 88 128 | E-mail from W. Nicholson to A. Strong et al. | 4/6/10 | WNE 0776-77 GE NTRON 000341-42 | ** |
| 89 | E-mail from W. Nicholson to C. Matthews | 4/7/10 | WNE 0774-75 | ** |
| 91 | E-mail from W. Nicholson to R. Whitehurst | 7/13/10 | N-TRON_0039029-32 | |
| 92 | E-mail from W. Nicholson to C. Matthews | 7/15/10 | WNE 0733-35 | * |
| 93 | E-mail from E. Zafiris to W. Nicholson | 7/21/10 | N-TRON_0039033-34 | ** |
| 94 | E-mail from W. Nicholson to D. Mannebach | 8/31/07 | WNE 0888-90 | ** |
| 95 | E-mail from M. Granby to W. Nicholson | 6/23/10 | N-TRON_0001447-48 | ** |
| 96 | E-mail from M. Granby to W. Nicholson | 6/29/10 | N-TRON_0001460-60_2 | ** |
| 97 | E-mail from W. Nicholson to M. Granby | 7/12/10 | N-TRON_0001470-71 | ** |
| 98 | Defs.' Resp. & Objections to Pl.'s First Set of Interrogatories | 1/9/13 | n/a | * |
| 99 | Schedule 5.21 to the Asset Purchase Agreement ("APA") | 8/20/10 | n/a | ** |
| 100 | E-mail from K. Fox to S. Sutherland et al. | 7/28/10 | N-TRON_0033534-55 | ** |
| 101 | APA | 8/20/10 | n/a | * |
| 103 | E-mail from M. Granby to W. Nicholson | 8/5/10 | WNE 0676-78 | ** |
| 104 | E-mail from W. Nicholson to M. Granby | 8/6/10 | WNE 0675 | ** |
| 105 | E-mail from W. Nicholson to S. Gibbs & M. Granby | 8/23/10 | WNE 0455-57 | ** |
| 106 133 | E-mail from M. Granby to W. Nicholson | 8/23/10 | N-TRON_0001520 WNE 007277 | ** |
| 107 | E-mail from W. Nicholson to M. Granby | 8/23/10 | WNE 0451 | * |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| 108 | E-mail from W. Nicholson to M. Granby et al. | 8/25/10 | N-TRON_0001603 | ** |
| 109 | Customer Condition Certification | 9/2/10 | N-TRON_0035300-04 | ** |
| 110 | E-mail from S. Gibbs to M. Granby et al. [re. "GE Overview"] | 11/4/10 | WNE 0346-48 | ** (0346-47 only) |
| 111 | E-mail from W. Nicholson to S. Gibbs et al. | 11/5/10 | N-TRON_0000220 | ** |
| 112 | E-mail from W. Nicholson to B. Rowan et al. | 11/10/10 | N-TRON_0000249-52 | * |
| 116 | Ltr. from E. Walz (Siemens) re. "Possible Usage of Siemens/Hirschmann-Patent" | 11/22/10 | N-TRON_0000070-75 | * |
| 117 | E-mail from J. Morcom to W. Nicholson | 8/5/10 | N-TRON_0033777-78 | * |
| 120 | E-mail from A. Monahan to A. Strong | 7/8/10 | GE NTRON 000338-40 | ** |
| 121 | Purchase Order by GE Power Controls Sp. from EWPOL | 9/15/11 | GE NTRON 000754-56 | ** |
| 126 | Ltr. from B. Wotruba to A. Peck re. "Supplemental quotation for alternates GE RFQ 336A4940DN_RevA" | 2/19/10 | GE NTRON 000370-72 | ** |
| 129 | E-mail from D. Sekar to S. Sullivan et al. | 4/6/10 | GE NTRON 000343 | ** |
| 132 | E-mail from W. Nicholson to A. Monahan et al. | 8/31/10 | GE NTRON 000376-77 | ** |
| 134 | E-mail from W. Nicholson to A. Monahan et al. | 8/25/10 | GE NTRON 000387-88 | ** |
| 135 | E-mail from W. Nicholson to A. Strong et al. | 4/23/10 | GE NTRON 000435-37 | * |
| 136 | E-mails between and among W. Nicholson, A. Strong, and A. Monahan | 7-8/10 | GE NTRON 000337, 410, 335, 318 | ** |
| 137 | E-mail from A. Monahan (GE) to W. Nicholson et al. | 8/30/10 | GE NTRON 000321-23 | ** |
| 143 | "Industrial Ethernet Switch for Wind Turbines IONet" | 4/5-6/10 | N-TRON_0039031-32 | |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| 144 | "Industrial Ethernet Switch for Wind Applications – Hirschmann" | 11/12/09 4/15/10 | GE NTRON 000940-65 | |
| 145 | E-mail from J. Minnix (GE) to A. Monahan | 10/11/10 | GE NTRON 000373-75 | * |
| 146 | E-mail from J. Minnix to B. Rowan et al. | 11/2/10 | N-TRON_0000202-03 | * |
| 152 | Executed LOI & annexes | 4/9/10 | n/a | **[4] |
| 153 | Board Paper No. 1351 | 5/19/10 | N-TRON_0039047-53 | ** |
| 155 | Board Paper No. 1357 | 6/21-22/10 | N-TRON_0039054-55 | ** |
| 161 | Spectris Board meeting minutes related to N-Tron, June 30, 2009 – Dec. 31, 2011 (revised) | 12/31/11 | N-TRON_0039063-65 | ** |
| 163 | J. Morcom "Illustrative Damages Calculations" document | 4/30/14 | n/a | ** |
| 171 | S. Gibbs Lost Profits Damages Calculations documents | 5/6/14 | n/a | ** |
| 173 | E-mail from S. Gibbs to GE | 8/5/11 | N-TRON_0001170-72 | ** |
| 175 | Schedule 5.5(a) to APA | 8/20/10 | n/a | * |
| 179 | GE switch revenue by part by region 2010-2013.xlsx | n/a | n/a | * |
| 180 | *Washington Post*, "Value Added: This Accountant Follows The Money" | 4/15/12 | n/a | |
| n/a | E-mail from W. Nicholson to G. Stevens | 4/15/05 | N-TRON_0039027-28 | * |
| n/a | Draft Patent License Agreement | 12/17/08 | N-TRON_0000010-34 | * |
| n/a | E-mail from W. Nicholson to D. Davis | 2/19/09 | N-TRON_0000076-79 | |
| n/a | E-mail from W. Nicholson to H. Weibel et al. | 2/19/09 | WNE 0199-200 | * |
| n/a | E-mail from W. Nicholson to P. Vukmirica et al. | 3/11/09 | WNE 0213-16 | * |
| n/a | E-mail from P. Vukmirica to W. Nicholson et al. | 3/27/09 | WNE 0253-54 | * |

---

[4] Defendants object to Plaintiff's description of this document.

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | E-mail from W. Nicholson to P. Vukmirica et al. | 5/5/09 | WNE 0201-04 | * |
| n/a | E-mail from W. Nicholson to P. Vukmirica | 7/31/09 | WNE 0211-12 | * |
| n/a | E-mail from W. Nicholson to A. Monahan | 12/12/09 | WNE 0823-24 | * |
| n/a | E-mail from W. Nicholson to B. Rowan | 1/21/10 | WNE 001211-13 | * |
| n/a | E-mail from W. Nicholson to B. Rowan | 1/21/10 | WNE 001214 | * |
| n/a | E-mails between W. Nicholson and A. Monahan & J. Curtis | 1/21-25/10 | WNE 001288-96 | * |
| n/a | E-mail from R. Boring to W. Nicholson | 1/27/10 | WNE 001327-30 | * |
| n/a | GE Supplier Qualification Form | 2/22/10 | GE NTRON 000315 | |
| n/a | E-mail from W. Nicholson to D. Singleton | 3/8/10 | WNE 001419-24 | |
| n/a | E-mail from W. Nicholson to J. Jiang (WitJoint) et al. | 3/8/10 | WNE 001425-29 | |
| n/a | E-mail from W. Nicholson to S. Dalton et al. | 3/26/10 | WNE 001668-70 | * |
| n/a | E-mail from W. Nicholson to J. Jiang (WitJoint) et al. | 3/26/10 | WNE 001707 | * |
| n/a | E-mail from W. Nicholson to B. Rowan | 3/30/10 | WNE 001765-67 | * |
| n/a | E-mail from W. Nicholson to E. Zafiris | 4/29/10 | WNE 002168-69 | * |
| n/a | E-mail from K. Fox to S. Sutherland et al. | 7/13/10 | WNE 004016-18 | |
| n/a | E-mail from K. Fox to S. Sutherland et al. | 7/18/10 | N-TRON_0033426-45 | |
| n/a | E-mail from K. Fox to S. Sutherland et al. | 7/28/10 | WNE 004952-63 | |
| n/a | E-mail from W. Nicholson to F. Kingren et al. [re. "Section 7.9"] | 8/19/10 3:43 AM | Contained on the hard drive labeled N-TRON-X | |
| n/a | E-mail from W. Nicholson to M. Granby | 8/20/10 | N-TRON_0001489-91 | ** |
| n/a | E-mail from W. Nicholson to G. Jones [re. "FW: JP Morgan"] | 8/23/10 10:24 PM | Contained on the hard drive labeled N-TRON-X | |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | E-mail from J. Morcom to W. Nicholson et al. | 8/25/10 | N-TRON_0035157 | ** |
| n/a | E-mail from W. Nicholson to P. Caffrey | 10/21/10 | WNE 010586-89 | * |
| n/a | E-mail from D. Sekar to S. Gibbs | 11/2/10 | N-TRON_0000214-15 | * |
| n/a | E-mail from W. Nicholson to S. Gibbs | 11/3/10 | WNE 0072-73 | ** |
| n/a | E-mail from W. Nicholson to S. Gibbs et al. | 11/9/10 | WNE 010915-16 | * |
| n/a | E-mail from W. Nicholson to T. Sills & S. Gibbs | 11/15/10 | WNE 0069-71 | * |
| n/a | E-mail from R. Whitehurst to S. Gibbs | 11/15/10 | N-TRON_0004496 | * |
| n/a | E-mail from C. Matthews to M. Granby | 11/18/10 | N-TRON_0001736-47 | |
| n/a | E-mail from P. Vukmirica to S. Gibbs | 11/18/10 | N-TRON_0000368-69 | * |
| n/a | E-mail from M. Granby to R. Stephens et al. | 11/19/10 | N-TRON_0004108-09 | * |
| n/a | E-mail from S. Gibbs to GE [re. "Letter of Assurance"] | 11/24/10 | N-TRON_0000424-29 | * |
| n/a | E-mail from R. Whitehurst to M. Granby [re. "RE: GE Projections"] | 12/10/10 | N-TRON_0039037 | * |
| n/a | E-mail from P. Vukmirica to M. Granby et al. | 12/13/10 | N-TRON_0039038 | * |
| n/a | E-mail from S. Gibbs to M. Granby et al. | 12/15/10 | N-TRON_0001786-87 | * |
| n/a | Dec. 31, 2010 McAndrews invoice relating to Siemens patent work | 12/31/10 | N-TRON_0039019-20 | |
| n/a | N-Tron Q4 2010 Financial Statements | 12/31/10 | N-TRON_0039106-11 | |
| n/a | Claim Notice | 1/19/11 | (Ex. C to Defs.' Notice of Removal) | ** |
| n/a | E-mail from S. Gibbs to GE [re. "New Pricing"] | 1/28/11 | N-TRON_0000686-87 | * |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | Jan. 31, 2011 McAndrews invoice relating to Siemens patent work | 1/31/11 | N-TRON_0039021-22 | |
| n/a | Ltr. from G. Jones re. "[WNE's] response to [N-Tron's Jan. 19, 2011] Claim Notice" | 2/15/11 | N-TRON_0039039-41 | ** |
| n/a | Ltr. from G. Jones re. "Siemens Patent Claim" | 3/15/11 | N-TRON_0039042-44 | ** |
| n/a | Mar. 31, 2011 McAndrews invoice relating to Siemens patent work | 3/31/11 | N-TRON_0039023-24 | |
| n/a | Apr. 30, 2011 McAndrews invoice relating to Siemens patent work | 4/30/11 | N-TRON_0039025-26 | |
| n/a | E-mail from S. Gibbs to M. Granby et al. | 5/13/11 | N-TRON_0002077-80 | * |
| n/a | E-mail from H. Gloria to S. Gibbs | 6/1/11 | N-TRON_0000985 | * |
| n/a | E-mail from H. Gloria to S. Gibbs | 8/5/11 | N-TRON_0001173 | * |
| n/a | E-mail from H. Jordan to S. Gibbs | 9/13/11 | N-TRON_0001264-65 | * |
| n/a | E-mail from S. Gibbs to GE | 9/22/11 | N-TRON_0001276-77 | * |
| n/a | E-mail from H. Jordan to S. Gibbs | 10/28/11 | N-TRON_0001320-21 | * |
| n/a | N-Tron 2011 Standard Costs | 12/31/11 | N-TRON_0039068 | |
| n/a | "GE and SUPPLIER COMMITMENTS – 2012" | 1/20/12 | N-TRON_0039066 | * |
| n/a | N-Tron 2011-13 Actual Quantities, Revenue, and Sale Prices | 12/31/13 | N-TRON_0039067 | ** |
| n/a | N-Tron 2012-13 Standard Costs | 12/31/13 | N-TRON_0039069 | |
| n/a | Purchase Orders/GE Drives & Controls, Inc. | 2010-13 | GE NTRON 000001-314 | ** |
| n/a | Purchase Orders/EWPOL | 2010-13 | GE NTRON 000702-939 | ** |
| n/a | GE Vietnam Limited Purchase Order | 2/2/12 | GE NTRON 000967-69 | ** |

8

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | Declarations of defendants Robert A. Nicholson, Thomas Shaw, Kathy S. Nicholson, and Mary S. Nicholson | 4/8-11/14 | (Exs. 1-4 to Signed Stipulated Order (Dkt. 57)) | * |
| n/a | Declaration of Markus Rausch & Exhibits thereto | 7/22/14 | n/a | |
| n/a | AICPA Business Valuation and Forensic & Litigation Services Section Practice Aid 06-4, Calculating Lost Profits | n/a | n/a | * |
| n/a | AICPA Consulting Services Practice Aid 93-3 | n/a | n/a | * |
| n/a | AICPA Forensic & Valuation Services, Practice Aid, Discount Rates, Risk, and Uncertainty in Economic Damages Calculations | n/a | n/a | * |
| n/a | AICPA, CS Section 100 | n/a | n/a | * |
| n/a | AICPA, ET Section 201 | n/a | n/a | * |
| n/a | AICPA, Statement of Standards for Valuation Services No. 1 | n/a | n/a | * |
| n/a | AICPA, Statement on Standards for Consulting Services No. 1 | n/a | n/a | * |
| n/a | Alternative Energy, March 2009, Edison Investment Research | n/a | n/a | |
| n/a | Black's Law Dictionary, benefit of bargain rule | n/a | n/a | * |
| n/a | Black's Law Dictionary, rescissory damages | n/a | n/a | * |
| n/a | Bloomberg | n/a | n/a | |
| n/a | Businessweek Snapshots (various companies) | n/a | n/a | |
| n/a | Capital IQ | n/a | n/a | |
| n/a | Factset, Mergerstat Review 2011 | n/a | n/a | |
| n/a | Federal Reserve (monetary 20101019a1, www.federalreserve.gov) | n/a | n/a | * |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | Fishman, Pratt, & Griffith, *PPC's Guide to Business Valuations* | n/a | n/a | * |
| n/a | Forbes, *The Biggest Risks To Your Business* | n/a | n/a | * |
| n/a | Gary R. Trugman, *Understanding Business Valuation* (AICPA, Fourth Edition, 2012) (excerpts) | n/a | n/a | * |
| n/a | General Cable Corporation, Form 10-K as of December 31, 2010 | n/a | n/a | |
| n/a | GlobalDataCompany Profiles, February 27, 2014 | n/a | n/a | |
| n/a | GSE Systems, Inc., Form 10-K as of December 31, 2010 | n/a | n/a | |
| n/a | James R. Hitchner, *Financial Valuation Application and Models*, Third Edition (excerpts) | n/a | n/a | * |
| n/a | McKenna Long & Aldridge LLP, *Mergers & Acquisitions Quick Reference Guide*, June 2006 | n/a | n/a | * |
| n/a | McKenna Long & Aldridge LLP, *Mergers & Acquisitions Quick Reference Guide*, October 2010 | n/a | n/a | * |
| n/a | Moody's Corporate BAA Bond (research.stlouisfed.org) | n/a | n/a | * |
| n/a | Revenue Ruling 59-60 | n/a | n/a | * |
| n/a | Robert F. Reilly & Robert P. Schweihs, *The Handbook of Advanced Business Valuation* (excerpts) | n/a | n/a | * |
| n/a | Robert L. Dunn, *Recovery of Damages for Lost Profits* (excerpts) | n/a | n/a | * |
| n/a | RuggedCom Inc., March 4, 2009, National Bank Financial | n/a | n/a | |

| Exh. No.[1] | Description[2] | Date | Bates Range | Obj.[3] |
|---|---|---|---|---|
| n/a | Shannon P. Pratt & Roger J. Grabowski, *Cost of Capital*, Third Edition (excerpts) | n/a | n/a | * |
| n/a | Shannon P. Pratt, *Business Valuation Discounts and Premiums*, Second Edition (excerpts) | n/a | n/a | * |
| n/a | Shannon P. Pratt, Robert F. Reilly & Robert P. Schweihs, *Valuing a Business*, Fourth Edition (excerpts) | n/a | n/a | * |
| n/a | Shannon P. Pratt, *Valuing a Business*, Fifth Edition (excerpts) | n/a | n/a | * |
| n/a | U.S. Bureau of Labor Statistics (Consumer Price Index (www.bls.gov)) | n/a | n/a | * |
| n/a | U.S. Bureau of Labor Statistics (data.bls.gov) | n/a | n/a | * |
| n/a | U.S. Department of Commerce (www.bea.gov) | n/a | n/a | * |
| n/a | U.S. Energy Information Administration (www.eia.gov) | n/a | n/a | * |
| n/a | U.S. Treasury, Interest Rates (www.treasury.gov) | n/a | n/a | * |
| n/a | USPAP, 2014-2015 Edition | n/a | n/a | * |
| n/a | Weil, Frank, Hughes, & Wagner, Litigation Services Handbook, *The Role of the Financial Expert*, Fourth Edition (excerpts) | n/a | n/a | * |
| n/a | Wind Energy Sector, April 16, 2010, Libertas | n/a | n/a | |
| n/a | World Gross Domestic Product, Real (IFS) (elibrary-data.imf.org) | n/a | n/a | |

Dated: New York, New York
      September 8, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Colin J. Garry*
    Colin J. Garry
    787 Seventh Avenue
    New York, NY 10019
    (212) 839-5300

    Rollin A. Ransom
    555 West Fifth Street, Suite 4000
    Los Angeles, CA 90013
    (213) 896-6000

*Attorneys for Plaintiff*
*N-Tron Corporation*