# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
N-TRON CORPORATION,

                    Plaintiff,

          - against -                                    12 Civ. 03568 (GBD)

WARREN H. NICHOLSON,  ROBERT A.                          **ECF Case**
NICHOLSON, THOMAS SHAW, KATHY S.
NICHOLSON, and MARY S. NICHOLSON,

                    Defendants.

          - and -

WARREN H. NICHOLSON,  ROBERT A.
NICHOLSON, ROBERT A. NICHOLSON,
THOMAS SHAW, KATHY S. NICHOLSON,
and MARY S. NICHOLSON,

                    Counter-Claim Plaintiffs,

          - and -

WNE CAPITAL HOLDINGS CORPORATION,

                    Intervenor-Counterclaim-Plaintiff

          - against -

N-TRON CORPORATION,

                    Counterclaim-Defendant.
-------------------------------------------------------------X

### DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 1. | E-mail chain between Warren Nicholson and | N-TRON_0035775 | * |

---

[1] Pursuant to Rule 4.A.x of the Court's Individual Rules and Practices, in the Objection ("Obj.") column, "one asterisk indicat[es] exhibits to which no party objects on grounds of authenticity, and two asterisks indicat[e] exhibits to which no party objects on any ground."

1

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | Jeremy Morcom, and John O'Higgins dated November 16, 2010 | (Depo. Ex. 2) | |
| 2. | E-mail from Mike Granby to John O'Higgins dated November 16, 2010 | N-TRON_0004066 (Depo. Ex. 3) | * |
| 3. | E-mail chain between Mike Granby and John O'Higgins dated November 17, 2010 | N-TRON_0000351-52 (Depo. Ex. 4) | * |
| 4. | Email chain between Trevor Hayes and Scott Gibbs, Peter Vukmiric and Chris Matthews dated around November 9, 2010 | N-TRON_0035800 – 01 (Depo. Ex. 5) | |
| 5. | Email chain between Warren Nicholson and Scott Gibbs dated November 11, 2010 | N-TRON_0000289 – 90 (Depo. Ex. 6) | * |
| 6. | Email chain between Mike Granby and Stephens Roger dated November 17, 2010 | N-TRON_0035799 – 801 (Depo. Ex. 7) | * |
| 7. | Email chain between Chris Matthew and Mike Granby dated December 3, 2010 | N-TRON_0001767 – 68 (Depo. Ex. 8) | ** |
| 8. | E-mail from Chris Matthews to Mike Granby, Scott Gibbs, Richard Whitehurst, Jeff Mummert, and George Simok dated March 23, 2011 | N-TRON_0000875 (Depo. Ex. 9) | ** |
| 9. | E-mail chain between Mike Granby and Scott Gibbs dated November 18, 2010 | N-TRON_0000350 – 52 (Depo. Ex. 10) | * |
| 10. | E-mail chain between Scott Gibbs and Richard Whitehurst, Diane Davis, and Bill Rowan dated November 18, 2010 | N-TRON_0000362 (Depo. Ex. 11, 52) | * |
| 11. | Email from Mike Granby to Jeremy Morcom dated August 24, 2010 | N-TRON_0003852 (Depo. Ex. 12) | * |
| 12. | Email from Jeremy Morcom to Warren Nicholson dated August 25, 2010 | N-TRON_0035165 (Depo. Ex. 13) | * |
| 13. | Email from Mike Granby to Roger Stephens dated November 18, 2010 | N-TRON_0004078 (Depo. Ex. 15) | * |
| 14. | Email chain between Mike Granby and Scott Gibbs dated November 18, 2010 | N-TRON_0004073 (Depo. Ex. 16) | * |
| 15. | E-mail chain between Scott Gibbs and Mike Granby dated November 18, 2010 | N-TRON_0004076 (Depo. Ex. 17) | * |
| 16. | Email from Mike Granby to Scott Gibbs dated November 18, 2010 | N-TRON_0004083 (Depo. Ex. 18, 42) | * |
| 17. | Email chain between Mike Granby and Scott Gibbs dated November 18, 2010 | N-TRON_0004524 – 25 (Depo. Ex. 19, 43) | * |
| 18. | Email from Scott Gibbs to Michael Deal dated November 18, 2010 | N-TRON_0004505 (Depo. Ex. 20, 44) | * |

2

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 19. | Email from Greg Jones to Scott Gibbs dated November 19, 2010 | N-TRON_0004646 (Depo. Ex. 21, 45) | * |
| 20. | Email chain between Mike Granby and Roger Stephens dated November 19, 2010 | N-TRON_0004118 – 20 (Depo. Ex. 22) | ** |
| 21. | Correspondence dated November 24, 2010 from Mike Granby to Warren Nicholson | N-TRON_0035846 – 47 (Depo. Ex. 23, 53) | ** |
| 22. | Email chain between Roger Stephens and Warren Nicholson dated January 12, 2011 | N-TRON_000247 – 48 (Depo. Ex. 24) | * |
| 23. | Email chain between Mike Granby and Roger Stephens dated November 30, 2010 | N-TRON_0035870 (Depo. Ex. 25) | * |
| 24. | E-mail from Kelly Thrasher Fox to Steven Sutherland, Jeremy Morcom, Roger Stephens, Mike Granby and Jeff Mummert dated August 02, 2010 forwarding attached Schedule 5.5(b) and 5.4, 5.21 and 5.22(b) with updated spreadsheets (12 pages) | Depo. Exhibit 27 (Deposition of Jeremy Morcom) | ** |
| 25. | E-mail from Jennifer Smith to Fred Kingren, Kelly Thrasher Fox, Warren Nicholson, Richard Whitehurst, Greg Jones, Steve Sutherland, Jeremy Morcom, Roger Stephens, Mike Granby and Jeff Mummert dated August 4, 2010 | N-TRON_0037562 – 627 (Depo. Ex. 28) | ** |
| 26. | E-mail from Mike Granby to Warren Nicholson dated August 5, 2010 with attachment (3 pages) | Depo. Exhibit 29 (Deposition of Jeremy Morcom) | ** |
| 27. | E-mail from Warren Nicholson to Mike Granby dated August 6, 2010 (1 page) | Depo. Exhibit 30 (Deposition of Jeremy Morcom) | * |
| 28. | Customer Condition Certification dated September 2, 2010 | WNE 007992 – 95 (Depo. Ex. 31) | * |
| 29. | E-mail chain between Jeremy Morcom and Warren Nicholson dated August 10, 2010 | N-TRON_0033974 (Depo. Ex. 32) | * |
| 30. | E-mail chain between David Harris and Mike Granby dated February 9, 2010 | N-TRON_0002914 (Depo. Ex. 33) | * |
| 31. | E-mail chain between Mike Granby and Jeremy Morcom dated August 24, 2010 | N-TRON_0003854- 56 (Depo. Ex. 34) | * |
| 32. | Email chain between Mike Topper and Scott Gibbs dated June 9, 2011 | N-TRON_0001070 – 71 (Depo. Ex. 36) | * |
| 33. | Email chain between Chris Matthews and Mike Granby dated December 3, 2010 | N-TRON_0001767 – 69 (Depo. Ex. 37) | ** |
| 34. | Email chain between Mike Granby and Scott Gibbs dated November 18, 2010 | N-TRON_0000350 – 52 (Depo. Ex. 38) | * |
| 35. | Email from Chris Matthews to Mike Granby, | N-TRON_0000875 | ** |

3

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
|  | Scott Gibbs, Richard Whitehurst, Jeff Mummert, and George Simok dated March 23, 2011 | (Depo. Ex. 39) |  |
| 36. | Email chain between Mike Granby and Scott Gibbs dated November 18, 2010 | N-TRON_0004073 (Depo. Ex. 40) | * |
| 37. | Email chain between Scott Gibbs and Mike Granby dated November 18, 2010 | N-TRON_0004076 (Depo. Ex. 41) | * |
| 38. | Email chain between Scott Gibbs and Richard Whitehurst dated May 26, 2011 | N-TRON_0000925 – 27 (Depo. Ex. 46) | * |
| 39. | Email chain between Max Maxwell and Mike Granby dated June 6, 2011 | N-TRON_0001064 – 65 (Depo. Ex. 47) |  |
| 40. | Email chain between Mike Topper and Scott Gibbs, and Dennis Singleton dated December 30, 2010 | N-TRON_0000536 – 37 (Depo. Ex. 48) | ** |
| 41. | Email chain between Scott Gibbs and Mike Granby dated August 24, 2010 | N-TRON_0000110 – 11 (Depo. Ex. 49) | * |
| 42. | E-mail from Mike Granby to Chris Matthews dated November 18, 2010 | N-TRON_0039047 – 48[2] (Depo. Ex. 51) | * |
| 43. | Alabama Secretary of State Business Entity Detail Information on N-TRON Corporation. | Depo. Exhibit 54 (Deposition of Michael Granby) |  |
| 44. | E-mail chain between Mike Granby and Jeremy Morcom dated August 24, 2010 | N-TRON_0003856 – 57 (Depo. Ex. 55) | * |
| 45. | E-mail chain between Mike Granby and Jeremy Morcom dated August 24, 2010 | N-TRON_0003855 (Depo. Ex. 56) | * |
| 46. | Email chain between Mike Granby and Jeremy Morcom dated February 9, 2010 | N-TRON_0002917 (Depo. Ex. 57) | * |
| 47. | E-mail chain between Mike Granby and David Harris dated February 9, 2010 | N-TRON_0002915 (Depo. Ex. 58) | * |
| 48. | E-mail chain between Richard Whitehurst and Mike Granby dated January 11, 2010 | N-TRON_0001410 – 11 (Depo. Ex. 59) | ** |
| 49. | Email chain between Diane Davis and Mike Granby dated May 4, 2011 | N-TRON_0004360 (Depo. Ex. 60) |  |
| 50. | Email from Mike Granby to Jesse Benefield dated September 14, 2010 | N-TRON_0003916 (Depo. Ex. 61) | ** |
| 51. | Project Priority List dated September 10, 2013 | Depo. Exhibit 63 (Deposition of Diane Davis) |  |
| 52. | E-mail chain between Diane Davis and Scott | N-TRON_0004771 – 72 | * |

---

[2] Defendants note that N-Tron has produced two separate documents containing the same bates-numbers (N-TRON_ 0039047-48). [*See* Depo. Exhibit 51 and Depo. Exhibit 153 identified hereon.]

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | Gibbs dated October 19, 2010 | (Depo. Ex. 64) | |
| 53. | Email chain between Richard Whitehurst and Scott Gibbs, Mike Granby and Jeff Mummert dated October 6, 2010 | N-TRON_0004765 – 66 (Depo. Ex. 65) | * |
| 54. | Email chain between Mike Granby and Scott Gibbs dated May 13, 2011 | N-TRON_0002045 – 48 (Depo. Ex. 68) | * |
| 55. | Email chain between Scott Gibbs and Richard Whitehurst, Mike Granby, Diane Davis and Chris Matthews dated May 12, 2011 | N-TRON_0002026 – 27 (Depo. Ex. 69) | * |
| 56. | Compilation of four emails between Scott Gibbs and Richard Whitehurst on November 18, 2010 | N-TRON_0000344, N-TRON_0000355, N-TRON_0000357, N-TRON_0000358 (Depo. Ex. 70) | * |
| 57. | E-mail from Scott Gibbs to Trevor Hays, Peter Vukmirica, Chris Matthews dated November 9, 2010 | N-TRON_0000243 (Depo. Ex. 71) | ** |
| 58. | N-Tron Customer Contact List dated June 17, 2010 | WNE 011459 – 548 (Depo. Ex. 72) | |
| 59. | Schedule 5.21 – the last page | WNE 011448 (Depo. Ex. 73) | * |
| 60. | Employment Agreement between N-Tron and Richard Whitehurst dated September 8, 2010 | WNE 011449 – 56 (Depo. Ex. 74) | * |
| 61. | Page 34 of the Spectris Code of Business Ethics entitled "Conflicts of Interest" | WNE 011458 (Depo. Ex. 75) | * |
| 62. | Granby's Spreadsheet for Financial forecasts for 2010, 2011, 2012 and 2013, created 1/14/2010 at 6:24 pm, with Metadata[3] | Depo. Exhibit 76 (Deposition of Richard Whitehurst) | * |
| 63. | Email from Scott Gibbs to Warren Nicholson dated November 11, 2010, | N-TRON_0000288 (Depo. Ex. 78) | * |
| 64. | N-Tron Manual of Employee Guidelines | N-TRON_0029537 (Depo. Ex. 79) | ** |
| 65. | N-Tron Internet, E-Mail and Computer Usage Policy | N-TRON_0029588 (Depo. Ex. 80) | ** |
| 66. | Email chain between Warren Nicholson and Jeremy Morcom, Richard Whitehurst & Mike Granby dated February 4, 2010 | N-TRON_0001429 (Depo. Ex. 81) | ** |
| 67. | Email from Warren Nicholson to Scott Gibbs dated November 2, 2010 | N-TRON_0000213 (Depo. Ex. 82) | ** |
| 68. | Confidential Executive Summary for N-Tron | N-TRON_0031402 – 13 | ** |

---

[3] Depo. Ex. 76 did not include Metadata.

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | dated December 2009 | (Depo. Ex. 83) | |
| 69. | Email from Wendy Spencer on behalf of Jeremy Morcom to Warren Nicholson, Mike Granby & Roger Stephens dated April 13, 2010 with attached Red Lion Letter of Intent & Agreement | N-TRON_0032391 – 98 (Depo. Ex. 84) | ** |
| 70. | Email from Warren Nicholson to Jeremy Morcom, Mike Granby & Roger Stephens dated April 15, 2010 with attached executed signature page of LOI | N-TRON_0032436 – 37 (Depo. Ex. 85) | ** |
| 71. | Email from Warren Nicholson to Amanda Strong, Ann Marie Monahan, Dinesh Sekar, Bill Rowan & Richard Whitehurst dated April 6, 2010 | WNE 0776 – 77 (Depo. Ex. 88) | * |
| 72. | Email chain between Warren Nicholson and Chris Matthews dated April 7, 2010 | WNE 0774 – 75 (Depo. Ex. 89) | * |
| 73. | Email chain from Richard Whitehurst to Scott Gibbs & Jeff Mummert dated November 18, 2010 | N-TRON_0000363 – 64 (Depo. Ex. 90) | ** |
| 74. | Email chain involving Eleni Zafiris,  Warren Nicholson and Chris Matthews dated July 21, 2010 | N-TRON_0039033 – 34 (Depo. Ex. 93) | ** |
| 75. | Email chain between Warren Nicholson and David Mannebach dated August 31, 2007 | WNE 0888 – 90 (Depo. Ex. 94) | ** |
| 76. | Email chain between Mike Granby and Warren Nicholson dated June 23, 2010 | N-TRON_0001447 – 48 (Depo. Ex. 95) | ** |
| 77. | Email chain between Mike Granby and Warren Nicholson dated June 28-29, 2010 | N-TRON_0001460 – 60.2 (Depo. Ex. 96) | ** |
| 78. | Email chain between Warren Nicholson and Mike Granby dated July 12, 2010 | N-TRON_0001470 – 71 (Depo. Ex. 97) | ** |
| 79. | Schedule 5.21 to the Asset Purchase Agreement | Depo. Exhibit 99 (Deposition of Warren Nicholson) | ** |
| 80. | Email from Kelly Thrasher Fox to Steve Sutherland, J. Smith, Jeremy Morcom, Roger Stephens, Warren Nicholson, Richard Whitehurst, Fred Kingren & Greg Jones dated July 28, 2010 with attached revised version of Schedule 5.21 | N-TRON_0033534 – 55 (Depo. Ex. 100) | ** |
| 81. | Asset Purchase Agreement dated August 20, 2010, among N-Tron Corporation, N-Tron Corp. and the Shareholders of N-Tron Corp. | Depo. Exhibit 101 (Deposition of Warren Nicholson) | ** |
| 82. | Email from Mike Granby to Warren Nicholson dated August 5, 2010, with attached Granby notes | WNE 0676-78 (Depo. Ex. 103) | ** |
| 83. | Email from Warren Nicholson to Mike Granby dated August 6, 2010 | WNE 0675 (Depo. Ex. 104) | * |

6

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 84. | Email chains between Warren Nicholson, Scott Gibbs & Mike Granby and between Warren Nicholson and Amanda Strong, dated August 23, 2010 | WNE 0455 – 57 (Depo. Ex. 105) | ** |
| 85. | Email chain between Mike Granby and Warren Nicholson dated August 23, 2010 | N-TRON_0001520 (Depo. Ex. 106) | ** |
| 86. | Email from Warren Nicholson to Mike Granby, Jeremy Morcom, Greg Jones & Fred Kingren dated August 25, 2010 | N-TRON_0001603 (Depo. Ex. 108) | ** |
| 87. | Letter dated September 2, 2010 from Michael Granby as President of N-Tron Corporation to Warren Nicholson regarding Customer Condition Acceptance Notice | N-TRON_0035300 – 04 (Depo. Ex. 109) | * |
| 88. | Email from Warren Nicholson to Scott Gibbs, Richard Whitehurst, Jeff Mummert, Bill Rowan, Mike Granby, Dennis Singleton, & Diane Davis dated November 5, 2010 | N-TRON_0000220 (Depo. Ex. 111) | ** |
| 89. | Email chain between Warren Nicholson, Scott Gibbs and others dated November 11, 2010 | WNE 0330- 31 (Depo. Ex. 113) | * |
| 90. | Purchase Order dated November 17, 2010  with N-Tron Corporation as Vendor in the amount of $800.00 for Warren Nicholson's compute, monitor, printer, laptop & USB backup drive | WNE 0047 (Depo. Ex. 115) | |
| 91. | Steps to Qualifying a switch for GE | Depo. Exhibit 119 (Deposition of Ann Marie Monahan) | |
| 92. | E-mail chain ending with Ann Marie Monahan to Amanda Strong dated July 8, 2010 | GE NTRON 000338 – 40 (Depo. Ex. 120) | ** |
| 93. | GE Power Controls Sp. (EWPOL) Purchase Orders dated  September 15, 2011 | GE NTRON 000754 –56 (Depo. Ex. 121) | * |
| 94. | GE Drives & Control, Inc., Purchase Orders dated December 19, 2011 | GE NTRON 000611 – 12 (Depo. Ex. 122) | * |
| 95. | GE Power Controls Sp. (EWPOL) Purchase Order dated January 7, 2013 | GE NTRON 000843 – 44 (Depo. Ex. 123) | * |
| 96. | Compilation of GE Drive & Controls, Inc., Purchase Orders to N-Tron Corp. | GE NTRON 000001 – 314 | * |
| 97. | Compilation of GE Drive & Controls, Inc., Purchase Orders to Hirschmann Corporation | GE NTRON 000609 – 701 | * |
| 98. | Compilation of Purchase Orders for GE Power Controls Sp., Poland | GE NTRON 000702 – 939 | * |

7

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 99. | GE Spreadsheets | GE NTRON 000982 – 1009 (Depo. Ex. 124) | |
| 100. | GE Drive & Controls, Inc., Purchase Order dated November 16, 2011 | GE NTRON 00609 (Depo. Ex. 125) | * |
| 101. | Correspondence from Bill Wotruba to Amanda Peck dated February 19, 2010 | GE NTRON 000370 – 72 (Depo. Ex. 126) | ** |
| 102. | E-mail from Warren Nicholson to Ann Marie Monahan dated January 26, 2010 | GE NTRON 000482 (Depo. Ex. 127) | * |
| 103. | E-mail from Warren Nicholson to Amanda Strong, Ann Marie Monahan and Dinesh Sekar dated April 6, 2010 | GE NTRON 000341 – 42 (Depo. Ex. 128) | * |
| 104. | E-mail from Dinesh Sekar to various recipients dated April 6, 2010 | GE NTRON 000343 (Depo. Ex. 129) | ** |
| 105. | E-mail from Dinesh Sekar to Jianjun Wu and others dated April 6, 2010 | GE NTRON 000344 (Depo. Ex. 130) | ** |
| 106. | E-mail from Dinesh Sekar to Camelia Zhang and others dated April 6, 2010 | GE NTRON 000345 (Depo. Ex. 131) | ** |
| 107. | E-mail from Warren Nicholson to Ann Marie Monahan and others dated August 31, 2010 | GE NTRON 000376 – 77 (Depo. Ex. 132) | * |
| 108. | E-mail from Warren Nicholson to Mike Granby dated August 23, 2010 | WNE 007277 (Depo. Ex. 133) | * |
| 109. | E-mail chain between Warren Nicholson, Ann Marie Monahan and others dated August 25, 2010 | GE NTRON 000387 – 88 (Depo. Ex. 134) | ** |
| 110. | Compilation of e-mails between Ann Marie Monaham, Amanda Strong, and Warren Nicholson, July-August 2010 | GE NTRON 000337, GE NTRON 000410, GE NTRON 000335, GE NTRON 000318 (Depo. Ex. 136) | ** |
| 111. | E-mail from Ann Marie Monahan to Warren Nicholson dated August 30, 2010, with attached executed mutual non-disclosure agreement | GE NTRON 000321 – 23 (Depo. Ex. 137) | ** |
| 112. | E-mail chain ending Amanda Strong to Ann Marie Monahan dated August 8, 2011 | GE NTRON 000363 – 66 (Depo. Ex. 138) | * |
| 113. | E-mail from Warren Nicholson to Amanda Strong dated June 4, 2010 with attached Supplier Delivery Scorecard | GE NTRON 000415 – 20 with unnumbered color copies of Delivery Scorecard (Depo. Ex. 139) | * |
| 114. | E-mail chain between Warren Nicholson, Bill Rowan and Ann Marie Monahan dated June 4, 2010 | WNE 002499 – 500 (Depo. Ex. 140) | * |

8

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 115. | E-mail from Amanda Strong to Dinesh Sekar dated March 29, 2010, and Amanda Peak email of same date re Meeting Minutes for 1.5 MW ESS Hirschmann DMP Pulsing Meeting 3/29 | GE NTRON 000449 – 50 (Depo. Ex. 141) | * |
| 116. | E-mail from Amanda Strong to Ann Marie Monahan dated April 15, 2010 | GE NTRON 000444 – 45 (Depo. Ex. 142) | * |
| 117. | E-mail from Amanda Strong to Dinesh Sekar dated April 19, 2010, and Amanda Peak email of same date re Meeting Minutes for 1.5 MW ESS Hirschmann DMP Pulsing Meeting 4/19 | GE NTRON 000439 – 40 (Depo. Ex. 147) | * |
| 118. | Amended Notice of Videotaped Deposition of John O'Higgins Duces Tecum, with Exhibit A (for deposition dated April 23, 2014) | Depo. Exhibit 150 (Deposition of John O'Higgins) | * |
| 119. | Compilation of excerpts from Minutes of Meetings of the Board of Spectris plc regarding the N-Tron acquisition and between June 30, 2009  - December 31, 2011 | N-TRON_0039056 – 58 (Depo. Ex. 151) | ** |
| 120. | Letter dated April 9, 2010 from Jeremy Morcom to Warren Nicholson, with attachments | Depo. Exhibit 152 (Deposition of John O'Higgins) | ** |
| 121. | O'Higgins' Board Paper No: 1351, dated May 12, 2010, for Meeting of the Board of Directors of Spectris on May 19, 2010 | N-TRON_0039047 – 53[4] (Depo. Ex. 153) | ** |
| 122. | O'Higins' Board Paper No: 1357, dated June 14, 2010, for Meeting of Board of Directors of Spectris to be held on June 21 and 22, 2010 | N-TRON_0039054 – 55 (Depo. Ex. 155) | ** |
| 123. | Notice of  Deposition of N-TRON Corporation's Rule 30(b)(6) representative, with Schedule A | Depo. Exhibit 156 (N-Tron's Rule 30(b)(6) deposition) | * |
| 124. | Plaintiff N-Tron Corporation's Amended First Supplemental Initial Disclosures | Depo. Exhibit 158 (N-Tron's Rule 30(b)(6) deposition) | * |
| 125. | Spectris' Spreadsheets | N-TRON_0002801, N-TRON_0002900.01-.05 N-TRON_0002922.01-.05 (Depo. Ex. 160) | * |
| 126. | Compilation of Excerpts of Minutes of Meetings of the Board of Spectris plc regarding the N-Tron | N-TRON_0039063 – 65 (Depo. Ex. 161) | ** |

[4] See Footnote 2.

9

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | acquisition and between June 30, 2009 - December 31, 2011 – Revised to include extract from the meeting held on June 21 & 22, 2010; | | |
| 127. | Steve Blair's N-TRON Acquisition Review – Board Paper No. 1442, dated November 11, 2011, and presented November 22, 2011 | N-TRON_0039059 – 62 (Depo. Ex. 162) | * |
| 128. | Jeremy Morcom's Illustrative Damage Calculation | Depo. Exhibit 163 (N-Tron's Rule 30(b)(6) deposition) | ** |
| 170. | Defendants' Amended Notice of Deposition of N-Tron Corporation's Rule 30(b)(6) representative, with Schedule A | Depo. Exhibit 170 (N-Tron's Rule 30(b)(6) deposition) | * |
| 171. | Scott Gibb's Document computing lost profit | Depo. Exhibit 171 (N-Tron's Rule 30(b)(6) deposition) | ** |
| 172. | E-mail from Scott Gibbs to Hannah Gloria dated August 5, 2011 | N-TRON_0001170 – 72 (Depo. Ex. 173) | ** |
| 173. | N-Tron's Organizational Chart | Depo. Exhibit 174 (N-Tron's Rule 30(b)(6) deposition) | * |
| 174. | Memorandum dated January 11, 2010, from Mike Granby to Jeremy Morcom and John O'Higgins | N-TRON_0031962 (Depo. Ex. 176) | ** |
| 175. | Expert report of R. Larry Johnson, CPA | Produced July 18, 2014 (Deposition Exhibit 181) | * |
| 176. | Profit and Loss Detail, Balance Sheet Detail, and Cashflow for 2010, 2011, 2012, and 2013 | N-TRON_0039082-39105 | * |
| 177. | Asset Purchase Agreement with attached exhibits and schedules | | ** |
| 178. | April 30, 2010 email from Richard Whitehurst to Jeff Mummert re: cash flow | N-TRON_0032499 | |
| 179. | March 26, 2010 email from Jeremy Morcom to Warren Nicholson, copying Mike Granby re: Letter of Intent & Exclusivity, with attached proposed letter of intent/exclusivity for Warren's review | WNE 001634-67 | ** |
| 180. | GE switch revenue by part by region for 2010-2013 | Deposition Exhibit 179 | ** |
| 181. | July 20, 2010 email from Warren Nicholson to Jeremy Morcom re: Schedule | N-TRON_0033485 | * |
| 182. | January 4, 2011 email correspondence between Warren Nicholson and Jeremy Morcom re: Timing for Review of Closing Balance Sheet | N-TRON_0036027-28 | * |

10

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 183. | March 9, 2011 email from Steven Sutherland to Greg Jones re: Template CC | N-TRON_0038461-89 | * |
| 184. | April 6, 2011 email correspondence between multiple people re: Hirschmann Price (confidential | N-TRON_0000883-84 | |
| 185. | May 2011 email correspondence between multiple people re: N-Tron 2011 Forecast | N-TRON_0000905-08 | * |
| 186. | December 27, 2009 email from Mike Granby re: N-Tron Notes | N-TRON_0001364-66 | ** |
| 187. | January 18, 2010 email correspondence from Jeremy Morcom to multiple people re: Project Yukon – Indicative Offer structure with attached spreadsheet | N-TRON_0002800-01 | ** |
| 188. | October 2011 email correspondence between multiple people re: AEP LMS100 quote SUPPLY GE GLOBAL PRICE | N-TRON_0000134-51 | |
| 189. | January 11, 2010 email correspondence between Mike Granby and Richard Whitehurst re: P&L and attaching same | N-TRON_0001408-13 | * |
| 190. | June 13, 2011 email correspondence between Mike Topper, Richard Whitehurst, and Scott Gibbs re: Possible cost reduction on GE products | N-TRON_0001077-78 | |
| 191. | September and October 2010 email correspondence re: GE Wind China | N-TRON_0000126 | ** |
| 192. | December 21 and 29, 2009 email correspondence re: Follow-Up Call | N-TRON_0001374-76 | * |
| 193. | March 10, 2011 email from Richard Whitehurst to Scott Gibbs re: FYI – GE in China | N-TRON_0000862 | |
| 194. | January 6, 2011 email correspondence re: GE Questions | N-TRON_0000568-69 | * |
| 195. | December 15, 2011 email correspondence from Scott Gibbs re: GE Meeting Notes 12/13 | N-TRON_0000490-91 | * |
| 196. | Email string of November 2010 re: MARAFIQ NTRON | N-TRON_0000395-97 | |
| 197. | November 23, 2010 email correspondence from Scott Gibbs re: GE – Mark VI Applications | N-TRON_0000386 | * |
| 198. | Email string of November 2010 re: Wind Customers | N-TRON_0000370-72 | * |
| 199. | November 2010 email string re: Commitments and attaching Wind fulfillment planning | N-TRON_0000317-29 | |
| 200 | October 21, 2010 email correspondence re: HIRSCHMAN PART# | N-TRON_0000179 | |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 201. | August 2010 email string re: GE Discussion | N-TRON_0000122-24 | * |
| 202. | August 23, 2010 email from Warren Nicholson to Scott Gibbs | N-TRON_0000101 | * |
| 203. | November 2010 email correspondence re: Wind Customers | N-TRON_0000239-40 | |
| 204. | November and December 2010 email correspondence re: GE – Mark VI Applications | N-TRON_0000435-37, N-TRON_0001770-72 | * |
| 205. | September 6, 2013 email correspondence re: Confirm receipt of PO | N-TRON_0043058 | |
| 206. | April 2013 email correspondence re: Cost reduction | N-TRON_0042877 | |
| 207. | February 2013 email correspondence re: GE | N-TRON_0042681 | |
| 208. | January 2013 email correspondence re: Ewpol new order | N-TRON_0042834 | |
| 209. | October 2012 email correspondence re: GE – Sept | N-TRON_0042793 | ** |
| 210. | July 23, 2012 email correspondence re: 336A4940DNP517FX | N-TRON_0042749 | |
| 211. | February 2012 email correspondence re: Data needed for Mike Granby – GE related | N-TRON_0042560-61 | |
| 212. | January 17, 2012 email from Richard Whitehurst to Jeff Mummert re: Do U have to write any commentary for the full year? | N-TRON_0042526 | |
| 213. | January 6, 2010 email correspondence between Richard Whitehurst and Jeff Mummert re: Dec 2011 N-Tron | N-TRON_0042484 and N-TRON_0042483 | |
| 214. | November 2011 email correspondence between Richard Whitehurst and Chris Matthews re: November Witime numbers | N-TRON_0042455 | |
| 215. | November 7, 2011 email correspondence between Richard Whitehurst and Jeff Mummert re: I know I asked this before but … | N-TRON_0042438 | |
| 216. | November 7, 2011 email from Richard Whitehurst to Scott Gibbs re: Confirm Standard Costs please and attaching N-tron_2012 Pricing Agreement | N-TRON_0042434-35 | * |
| 217. | October 19, 2011 email string re: N-Tron | N-TRON_0042341-42 | |
| 218. | September 15, 2011 email correspondence from Richard Whitehurst to Chris Matthews re: 2010 Witjoint | N-TRON_0042171 | |
| 219. | August 2011 email correspondence re: cost reduction | N-TRON_0042149-51 | |
| 220. | August 10, 2011 email from Chris Matthews re: | N-TRON_0042142 | |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | GW Wind price reduction | | |
| 221. | July 10, 2010 email from Allison Presley re: Packaging issues | N-TRON_0042742 | |
| 222. | June 2011 email correspondence re: GE Early Payment | N-TRON_0042047-48 | |
| 223. | June 13, 2011 email from Mike Granby to Richard Whitehurst re: GE Questions | N-TRON_0042024 | * |
| 224. | July 21, 2011 email from Richard Whitehurst to Scott Gibbs re: GE comment | N-TRON_0042124 | |
| 225. | July 2011 email correspondence re: GE Pricing | N-TRON_0002562, N-TRON_0002573-74, and N-TRON_0042128-29 | * |
| 226. | May 27, 2010 email correspondence between Richard Whitehurst and Mike Granby re: aren't we having our weekly call now? | N-TRON_0040648 | * |
| 227. | May 27, 2010 email from David Harris to Richard Whitehurst | N-TRON_0040644 | |
| 228. | April 15, 2010 email from Richard Whitehurst to Mike Granby re: LOI | N-TRON_0039655 | |
| 229. | April 8, 2010 email correspondence between Richard Whitehurst and Mike Granby re: Warren | N-TRON_0039651 | |
| 230. | June 14, 2011 email correspondence between Mike Granby and Richard Whitehurst re: GE Solder | N-TRON_0042046 | * |
| 231. | Spreadsheet of pricing | N-TRON_0041925 | |
| 232. | May 2011 email strings re: N-Tron 2011 Forecast | N-TRON_0002067-70, N-TRON_0041907-10, N-TRON_0041884-86, and N-TRON_0041875-77 | * |
| 233. | Email string of April, November, and December 2010 re: GE Forecast | N-TRON_0041767 | |
| 234. | April 29, 2011 email from Richard Whitehurst re: Monthly snapshot | N-TRON_0041863 | |
| 235. | April 8, 2011 email correspondence re: For my FD report | N-TRON_0041853 | |
| 236. | March 2011 email correspondence re: GE Asia Pacific update | N-TRON_0041833-36 and N-TRON_0041816-17 | * |
| 237. | Spreadsheet of 2011 discounting | | |
| 238. | November 18, 2010 email from Mike Granby to | N-TRON_0035803 | * |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | Roger Stephens re: Warren's PC | | |
| 239. | November 2010 correspondence re: N-Tron Information Request | N-TRON_0035758 | |
| 240. | October 4, 2010 email from Roger Stephens to Fiona Connelly re: N-Tron | N-TRON_0035697 | * |
| 241. | August 25, 2010 email from Jeremy Morcom to Warren Nicholson and Fred Kingren re: GE Discussions | N-TRON_0035157 | ** |
| 242. | August 2010 email correspondence re: IEC | N-TRON_0034527 | * |
| 243. | August 2010 email correspondence re: Schedules | N-TRON_0033983-84 | * |
| 244. | August 4, 2010 email correspondence re: Schedule Comments | N-TRON_0033774 | * |
| 245. | Schedule 5.22(b) to APA | N-TRON_0033532 | * |
| 246. | July 2, 2010 email from Jeremy Morcom to Warren Nicholson re: Yukon Status | N-TRON_0033149 | * |
| 247. | February 7, 2011 email correspondence re: EWPOL Pland | N-TRON_0000784 | * |
| 248. | February 2011 email correspondence re: CEPSA | N-TRON_0000761-66 | |
| 249. | January 12, 2011 email from Andreas Berz to Scott Gibbs re: GE Wind Energy | N-TRON_0000651 | |
| 250. | December 2010 email correspondence re: VMI | N-TRON_0000522-24 | * |
| 251. | October 20, 2010 email correspondence re: Solar power equipment quote | N-TRON_0000173 | |
| 252. | October 2011 email correspondence re: LMS 100 | N-TRON_0000144-51 | * |
| 253. | September 2010 email correspondence between Bill Rowan and Chris Matthews re: GE Wind China | N-TRON_0000125 | |
| 254. | August 23, 2010 email correspondence re: Warren: Lawyering-Up on GE | N-TRON_0000113 | * |
| 255. | August 2010 email correspondence re: Thank you | N-TRON_0000099-100 | * |
| 256. | July 2009 email correspondence between Warren Nicholson and Peter Vulmirica re: License Agreement with Siemens/Hirschmann | WNE 211-212 | ** |
| 257. | Notice of Videotaped Deposition of Jeremy Morcom (for deposition dated April 30, 2014) | | * |
| 258. | November 10, 2010 email from Diane Davis to Scott Gibbs and Warren Nicholson with attached spreadsheet | N-TRON_0000272-73 | |
| 259. | Spreadsheets with GE Part Numbers, Application, Description, etc. | N-TRON_0043065, N-TRON_0043078 | |
| 260. | Out of Warranty returns GE- 2013 YTD 9-30-2013 | N-TRON_0043073 | |

14

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 261. | Spreadsheet of GE Sales | N-TRON_0042559 | |
| 262. | N-Tron Sales by Item Summary spreadsheet | N-TRON_0042215 | |
| 263. | N-Tron Sales by Rep Detail spreadsheets | N-TRON_0042120, N-TRON_0042127 | |
| 264. | August 3, 2011 email from Richard Whitehurst to Scott Gibbs re: GE Slaes and Orders Received – July and attached spreadsheets re: GE July Sales and Orders and GE Gross Margins | N-TRON_0042131-33 | |
| 265. | August 5, 2011 email from Scott Gibbs to multiple people re: GE next steps | N-TRON_0042134 | ** |
| 266. | August 8, 2011 email from Richard Whitehurst to Chris Matthews re: GE next steps | N-TRON_0042138 | |
| 267. | Spreadsheet containing part number, description, current unit price, 2011 total forecast qty, 2011 target unit price, etc. | N-TRON_0041925 | |
| 268. | March 26, 2010 email from Richard Whitehurst to Mike Granby re: GE Questions and including attached copy of questions | N-TRON_0042053-58 | |
| 269. | Spreadsheets produced by GE | GE NTRON 000982-1009, GE NTRON 001012-13 | |
| 270. | September 21, 2011 email correspondence re: 2011 GE price | WNE 0440-41 | ** |
| 271. | | | |
| 272. | Spreadsheet re: sales | N-TRON_0039017 | * |
| 273. | November 4, 2010 email from Scott Gibbs to multiple people re: GE Overview and attaching spreadsheet | N-TRON_0000217-19 | ** |
| 274. | November 8, 2010 email from Diane Davis to multiple people re: GE and attaching spreadsheets | N-TRON_0000228-30 | |
| 275. | May 27, 2011 email correspondence re: GE T&Cs | N-TRON_0000973-75 | * |
| 276. | Email correspondence in May and June 2010 re: Product Training | N-TRON_0032713 | * |
| 277. | Spreadsheet re: Project Yukon – Revised Indicative Offer Structure | N-TRON_0002903 | * |
| 278. | October 19, 2011 email correspondence re: Are you on the Auction training session? | N-TRON_0002659-60 | * |
| 279. | October 8, 2011 email correspondence from Mike Granby to George Simok re: GE | N-TRON_0002630 | * |
| 280. | August 5, 2011 letter from Scott Gibbs to Hannah Gloria | N-TRON_0002587 | ** |

15

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 281. | APA with handwritten notes | N-TRON_0037563-627 | ** |
| 282. | January 3, 2011 "Unspecified Sender" email | N-TRON_0036000 | |
| 283. | June 2011 email correspondence re: Sales to GE | N-TRON_0002504 | |
| 284. | July 5, 2011 email correspondence between Mike Granby and George Simok re: Notes from China | N-TRON_0002543-44 | * |
| 285. | August 26, 2011 email correspondence re: 2012 negotiations | N-TRON_0002601 | * |
| 286. | September 22, 2011 email correspondence from Scott Gibbs re: GE Pricing | N-TRON_0002613 | * |
| 287. | November 18, 2010 email from Scott Gibbs to Warren Nicholson re: PC | N-TRON_0004085 | * |
| 288. | November 18, 2010 email correspondence re: PC | N-TRON_0004089-90 | * |
| 289. | November 19, 2010 email correspondence re: Warren's PC Redux | N-TRON_0004096, N-TRON_0004118-20 | ** |
| 290. | May 4, 2011 email correspondence between Mike Granby and Diane Davis re: Report | N-TRON_0004361-62 | |
| 291. | October 14, 2011 email correspondence re: Quick Update | N-TRON_0004464-66 | * |
| 292. | October 22, 2010 email correspondence re: Update | N-TRON_0004473-74 | * |
| 293. | November 3, 2011 email correspondence re: Items | N-TRON_0004488 | * |
| 294. | November 2010 email correspondence re: Directory [sic] of Engineering Position and Ok to Move interview ?? | N-TRON_0004492-93, N-TRON_0005010-11 | |
| 295. | November 17, 2010 email from Mike Granby to Scott Gibbs re: Ethics Manual Extract | N-TRON_0004504 | * |
| 296. | November 18, 2010 email from Jeff Mummert to Scott Gibbs re: Email policy | N-TRON_0004516 | ** |
| 297. | January 28, 2010 email correspondence re: Tomorrow's discussion | N-TRON_0032124, N-TRON_0032131-32 | * |
| 298. | State court complaint | | |
| 299. | November 2010 email correspondence re: Warren is on a role today | N-TRON_0035769 | ** |
| 300. | November 2010 email correspondence re: Delivery of Preliminary Adjustment Documents | N-TRON_0035866 | * |
| 301. | June 15, 2011 email correspondence re: Question | N-TRON_0001082 | ** |
| 302. | August 5, 2011 letter from Scott Gibbs to Hannah Gloria | N-TRON_0001171 | ** |
| 303. | August 10, 2011 email correspondence re: cost reduction | N-TRON_0001228-32 | |
| 304. | August and September 2011 email | N-TRON_0001260-61 | |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | correspondence re: 2012 Negotiations | | |
| 305. | October 13, 2011 email correspondence between Scott Gibbs and Jordan Harry re: Q4 Data | N-TRON_0001286 | |
| 306. | December 20, 2011 email correspondence between Harry Jordan and Scott Gibbs re: Meeting in Salem week of January 9 | N-TRON_0001342, N-TRON_0001344 | |
| 307. | January 20, 2010 email correspondence from Jeremy Morcom re: Yukon Draft Indicative Offer and attaching drafts and redline | N-TRON_0002802-07, N-TRON_0002869-81 | * |
| 308. | N-Tron Corp. and Subsidiary Consolidated Financial report 12.31.2007 | N-TRON_0029064-75 | * |
| 309. | N-Tron Corp. and Subsidiary and Combined Affiliate Combined Financial Report 12.31.2008 | N-TRON_0029076-87 | * |
| 310. | N-Tron tax returns, 2010-2012 | N-TRON_0043103-21, N-TRON_0043126-30 | * |
| 311. | Spectris Holdings Inc. and Subsidiaries financial information for 2010, 2011, and 2012 | N-TRON_0043122-25, N-TRON_0043131-48 | * |
| 312. | July 13, 2010 email correspondence re: Hirchsman Part# with attachment | WNE 004026-29 | ** |
| 313. | October 14, 2010 email correspondence from Scott Gibbs re: Sales Forecast and planning assumptions | WNE 010362-63 | * |
| 314. | Email chain between Warren Nicholson, Jeremy Morcom, and Mike Granby dated August 31, 2010 re:  GE Discussion | WNE 0382 – 0384 | * |
| 315. | Email chain between Ann Marie Monahan and Warren Nicholson dated January 7, 2010 re: Visit to Salem/Gvl | WNE 0801 – 0803 | * |
| 316. | Email from Richard Whitehurst to Warren Nicholson dated December 7, 2009 | WNE 001035 – 1047 | |
| 317. | Email chain between Jeremy Morcom, Warren Nicholson and Mike Granby dated September 2, 2010 re: GE Confidential Information | WNE 007971 | * |
| 318. | Email chain between Warren Nicholson and Stephen Dalton dated February 14, 2007 re: NCN Cost Recovery Letter | WNE 0891 – 0892 | ** |
| 319. | Email chain between Warren Nicholson and Jeremy Morcom dated May 28, 2010 | N-TRON_0003154 - 0003156 | * |
| 320. | Email from Tom Sills to Scott Gibbs dated November 16, 2010 | N-TRON_0004500 | ** |
| 321. | Email chain between Scott Gibbs, Mike Granby and Tom Sills dated November 16, 2010 | N-TRON_0004501 - 0004502 | * |

17

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 322. | Email chain between Diane Davis and Warren Nicholson dated November 3, 2010 | N-TRON_0004777 | * |
| 323. | Email chain between Jeremy Morcom and Mike Granby dated January 29, 2010 | N-TRON_0032137 - 0032139 | * |
| 324. | Yukon Due Diligence Report re: Marketing and Sales prepared by David Harris and Mike Granby | N-TRON_0031194 - 0031212 | * |
| 325. | Yukon Due Diligence Report re: Service | N-TRON_0031213 - 0031256 | |
| 326. | Yukon Due Diligence Report re: Tax | N-TRON_0031258 - 0031261 | |
| 327. | Yukon Due Diligence Report re: Export and Other Controls prepared by Mike Granby | N-TRON_0031263 - 0031269 | * |
| 328. | Yukon Due Diligence Report Part 2 – Post-Closing Integration | N-TRON_0031271 - 0031276 | * |
| 329. | Yukon Due Diligence Report Part 3 – Detailed Information by Functional Area | N-TRON_0031277 - 0031400 | |
| 330. | Email from Mike Granby to David Harris dated October 22, 2009 | N-TRON_0032029 | ** |
| 331. | Email from Jeremy Morcom to Warren Nicholson dated May 28, 2010 | N-TRON_0032650 | * |
| 332. | Email chain between Mike Topper, Scott Gibbs and Mike Granby dated May 27, 2011 | N-TRON_0002214 - 0002215 | |
| 333. | Email chain between Chris Matthews and Mike Granby dated June 1, 2011 | N-TRON_0002231 – 0002233 | |
| 334. | Email chain between Mike Granby and Scott Gibbs dated June 9, 2011 | N-TRON_0002336 | * |
| 335. | Email chain between George Simok and Mike Granby dated June 2, 2011 | N-TRON_0002240 - 0002243 | |
| 336. | Email from Mike Granby to Richard Whitehurst dated June 13, 2011 | N-TRON_0002361 | * |
| 337. | Email chain between Scott Gibbs, Richard Whitehurst, Max Maxwell, Diane Davis, Eleni Zafiris, Allison Presley, Mike Granby and John Everhart dated January 19, 2012 | N-TRON_0002753 - 0002754 | * |
| 338. | Email from Mike Granby to John O'Higgins dated November 17, 2010 | N-TRON_0001711 | * |
| 339. | Email chain between Johnny Ramirez and Hannah Gloria dated June 3, 2011 | N-TRON_0000998 - 0000999 | |
| 340. | Email from Richard Whitehurst to Mike Granby, Jeff Mummert, George Simok, Bud Young, and Scott Gibbs dated April 1, 2011 | N-TRON_0002013 | |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 341. | Email chain between Scott Gibbs and Richard Whitehurst, Chris Matthews, Mike Granby and Diane Davis dated May 13, 2011 | N-TRON_0002031 - 0002033 | * |
| 342. | Email chain between Chris Matthews and Scott Gibbs, Mike Granby, Richard Whitehurst, Jeff Mummert and George Simok dated March 24, 2011 | N-TRON_0001989 - 0001990 | * |
| 343. | Email chain between Richard Whitehurst and Mike Granby dated May 27, 2011 | N-TRON_0002194 - 0002195 | |
| 344. | Email Chain between Mike Granby and Scott Gibbs dated May 27, 2011 | N-TRON_0002201 | * |
| 345. | Email from Chris Matthews to Warren Nicholson dated November 12, 2009 | WNE 001033 | |
| 346. | Email from  Mike Granby to Jeremy Morcom dated August 24, 2010 | N-TRON_0001539 | ** |
| 347. | Email chain between Scott Gibbs and Mike Granby dated November 4, 2010 | N-TRON_0001685 – 0001688 | * |
| 348. | Email chain between Jeremy Morcom, Warren Nicholson, and Mike Granby dated August 26, 2010 | N-TRON_0001643 – 0001646 | * |
| 349. | Email chain between Mike Granby and Warren Nicholson dated August 25, 2010 | N-TRON_0001571 - 0001573 | ** |
| 350. | Email chain between Jeremy Morcom and Stephen Roger dated August 25, 2010 | N-TRON_0001574 - 0001577 | * |
| 351. | Email from Warren Nicholson to Mike Granby dated August 24, 2010 | N-TRON_0001564 - 0001566 | * |
| 352. | Email chain between Scott Gibbs and Mike Granby dated August 21, 2010 | N-TRON_0001497 - 0001500 | * |
| 353. | Email chain between Warren Nicholson and Mike Granby dated August 20, 2010 | N-TRON_0001489 - 0001491 | * |
| 354. | Email chain between Mike Granby and Jeremy Morcom dated August 11, 2010 | N-TRON_0001482 - 0001483 | * |
| 355. | Email from Mike Granby to Scott Gibbs dated November 17, 2010 | N-TRON_0004503 | * |
| 356. | Draft Acquisition Proposal | N-TRON_0039070 - 0039080 | * |
| 357. | Spreadsheet of N-Tron Corporation Sales  for 2010 – 2013 | N-TRON_0039067 | ** |
| 358. | Email chain between Warren Nicholson and Wenzhe Bian, Ann Marie Monahan, and Amanda Strong dated February 4, 2010 | GE NTRON 000469 – 000471 | * |
| 359. | | | |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 360. | GE Drives & Controls' Purchase Order to Hirschmann Corporation dated November 16, 2011 | GE NTRON 000609 – 000610 | * |
| 361. | GE Power Controls Sp.'s Purchase Order dated December 27, 2010 | GE NTRON 000737 – 000738 | * |
| 362. | GE Power Controls Sp.'s Purchase Order dated October 17, 2011 | GE NTRON 000759 – 000761 | * |
| 363. | GE Power Controls Sp.'s Purchase Order dated February 14, 2012 | GE NTRON 000785 – 000787 | * |
| 364. | GE Power Controls Sp.'s Purchase Order dated March 27, 2012 | GE NTRON 000793 – 000795 | * |
| 365. | GE Power Controls Sp.'s Purchase Order dated July 22, 2013 | GE NTRON 000902 – 000904 | * |
| 366. | GE Power Controls Sp.'s Purchase Order dated November 27, 2013 | GE NTRON 000935 – 000937 | * |
| 367. | Email chain between Warren Nicholson and Amanda Strong dated July 27, 2010 | WNE 004933 | * |
| 368. | Email chain between Mike Granby and Warren Nicholson dated April 7, 2010 | WNE 001879 - WNE 001880 | * |
| 369. | Email chain between Warren Nicholson and Mike Granby dated December 22, 2009 | WNE 0811 - WNE 0812 | ** |
| 370. | Email chain between Scott Gibbs and Mike Granby dated August 31, 2010 | N-TRON_0000122 - 0000124 | * |
| 371. | Email chain between David Harris, Jeremy Morcom, Mike Granby and Jeff Mummert dated December 8, 2009 | N-TRON_0039200 - 0039201 | |
| 372. | Email chain between Richard Whitehurst and Warren Nicholson dated June 4, 2010 | WNE 002497 | * |
| 373. | Email chain between Warren Nicholson and Mike Granby dated August 30, 2010 | N-TRON_0035223 - 0035225 | ** |
| 374. | Email chain between Warren Nicholson and Scott Gibbs dated November 3, 2010 | WNE 0072 - 0073 | * |
| 375. | Email from Scott Gibbs to Warren Nicholson, Bud Young, Richard Whitehurst dated October 1, 2010 with attached spreadsheet regarding revenue from existing products | WNE 009766 | * |
| 376. | WNE Capital Holding Corporation Profit & Loss for the time period of July through September 2010 | | |
| 377. | WNE Capital Holding Corporation Balance Sheet as of September 30, 2010 | | |
| 378. | Email from Mike Granby to Warren Nicholson | WNE 002348 | * |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | dated May 26, 2010 | | |
| 379. | Email chain between Warren Nicholson and Amanda Strong dated July 27, 2010 | WNE 004933 | * |
| 380. | Email chain between Mike Granby and Warren Nicholson dated April 7, 2010 | WNE 001879 – 001880 | * |
| 381. | Email chain between Warren Nicholson and Mike Granby dated December 22, 2009 | WNE 0811 - 0812 | ** |
| 382. | Email chain between Warren Nicholson, Jeremy Morcom and Mike Granby dated August 31, 2010 | WNE 0382 - 0384 | * |
| 383. | Email chain between Jeremy Morcom, Warren Nicholson, and Richard Whitehurst dated April 28, 2010 | WNE 002151-002152 | * |
| 384. | Email chain between Jimmy and Chris Matthews dated November 15, 2010 | N-TRON_0001737 – 0001738 | * |
| 385. | Email chain between Max Maxwell and Scott Gibbs dated November 16, 2010 | N-TRON_0000334 | ** |
| 386. | Email chain between Mike Granby and Chris Matthews dated December 1, 2010 | N-TRON-0000438 - 0000440 | * |
| 387. | Email chain between Mike Granby and Scott Gibbs dated November 17, 2010 | N-TRON_0000336 – 0000337 | * |
| 388. | Email chain between Scott Gibbs and Christ Matthews dated November 18, 2010 | N-TRON_0004519 – 0004521 | * |
| 389. | Email from Diane Davis to various recipients dated November 30, 2010 | N-TRON_0004697 - 0004698 | |
| 390. | Email from Warren Nicholson to Ann Marie Monahan, Dinesh Sekar and Amanda Strong dated August 30, 2010 with attachments | GE NTRON 000318 - 000320 | ** |
| 391. | Email chain between Chris Matthews, Scott Gibbs, Richard Whitehurst, Diane Davis, Mike Granby, Jeff Mummert dated March 21, 2011 | N-TRON_0001976 – 0001977 | |
| 392. | Email from Chris Matthews to Mike Granby, Scott Gibbs, Richard Whitehurst, Jeff Mummert and George Simok dated March 23, 2011 | N-TRON_0001986 | ** |
| 393. | Email chain between Scott Gibbs, Richard Whitehurst, Dennis Singleton, Mike Granby and Jeff Mummert dated February 2, 2011 | N-TRON_0001928 – 0001929 | * |
| 394. | Email chain between Chris Matthews and Scott Gibbs dated November 29, 2010 | N-TRON_0001763 – 0001764 | |
| 395. | E-mail from Warren Nicholson to Jeremy Morcom dated August 28, 2010 | WNE 0434 | ** |
| 396. | Escrow Agreement, dated September 30, 2010 | Exhibit 1 to the | ** |

21

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | | Declaration of Colin J. Garry in Support of N-TRON's Motion to Dismiss (Doc. 9) | |
| 397. | N-Tron's claim notice to WNE – Letter from Mike Granby to Warren Nicholson, dated January 19, 2011(3 pages plus attachments) | | ** |
| 398. | Letter from Greg Jones to N-Tron Corporation, attention Jeff Mumment, dated February 15, 2011, submitting WNE Capital Holdings, Inc. and its shareholders' response to N-Tron's Claim Notice | | * |
| 399. | Mike Granby letter to Escrow Agent, JPMorgan Chase Bank N.A., attention Kevin Binninger, dated September 29, 2011 (with attachments) submitting N-Tron's claim | | ** |
| 400. | Greg Jones Letter to Escrow Agent, JPMorgan Chase Bank N.A., attention Kevin Binninger, dated October 4, 2011, submitting WNE Capital Holdings and shareholders' Objection Notice to N-Tron's claim | | * |
| 401. | Correspondence from Siemens to N-Tron Corp. dated November 22, 2010 | N-TRON_0000070 (Depo. Ex. 116) | * |
| 402. | Correspondence from Greg Jones to Jeff Mummert dated February 15, 2011 | N-TRON_0039039 – 41 | * |
| 403. | Correspondence from Steven Sutherland to Greg Jones dated March 4, 2011 (3 pages) with attachment (correspondence from Steven Hampton to Erich Walz dated December 9, 2010 (2 pages)) | No Production Number | * |
| 404. | Correspondence from Greg Jones to Steven Sutherland dated March 15, 2011 | N-TRON_0039042 – 44 | * |
| 405. | Correspondence from Steven Hampton to Erich Walz dated April 26, 2011 | WNE 0149 – 51 | * |
| 406. | Consultancy Agreement | WNE0061 – WNE0068 | ** |
| 407. | Email chain between Scott Gibbs, Mike Granby and others, dated October 8-10, 2010 | N-TRON_0035715-16 | * |
| 408. | Email chain between Scott Gibbs and Mike Granby, dated October 13-14, 2010 | N-TRON_0004464-65 | * |
| 409. | Email chain between Warren Nicholson, Scott Gibbs and others, dated November 3, 2010 | N-TRON_0004488 | * |
| 410. | Email Scott Gibbs to Richard Whitehurst and | WNE 0346-47 | ** |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| | others, dated November 4, 2010 | | |
| 411. | Email Scott Gibbs to Diane Davis and others, dated November 9, 2010 | WNE 0337-39 | |
| 412. | Email chain ending Tom Sills to Scott Gibbs, dated November 15, 2010 | N-TRON_0005006-07 | |
| 413. | Email chain ending Tom Sills to Scott Gibbs, November 15, 2010 | N-TRON_0004778-79 | |
| 414. | Email chain ending Richard Whitehurst to Scott Gibbs and Tom Sills, dated November 15, 2010 | N-TRON_0005010-11 | |
| 415. | Email chain ending Richard Whitehurst to Scott Gibbs, dated November 15, 2010 | N-TRON_0004492-93 | |
| 416. | Email chain ending Warren Nicholson to Tom Sills and Scott Gibbs, dated November 15, 2010 | N-TRON_0004494-95 | * |
| 417. | Email Tom Sills to Scott Gibbs, dated November 16, 2010 | N-TRON_0004500 | ** |
| 418. | Email chain between Tom Sills, Scott Gibbs and Mike Granby, dated November 15-16, 2010 | N-TRON_0004501-02 | * |
| 419. | Email Warren Nicholson to Jeremy Morcom, John O'Higgins and others, dated November 16, 2010 | N-TRON_0004053-54 | * |
| 420. | Emails from Warren Nicholson to Scott Gibbs, Jeremy Morcom, John O'Higgins and Mike Granby, dated November 10, 2010 | N-TRON_0035775 | * |
| 421. | Email Mike Granby to John O'Higgins and others, dated November 16, 2010 | N-TRON_0004066 | * |
| 422. | Email John O'Higgins to Warren Nicholson, Jeremy Morcom and others, dated November 17, 2010 | N-TRON_0035792-94 | * |
| 423. | Email chain between Scott Gibbs and Mike Granby, dated November 18, 2010 | N-TRON_0004073 | * |
| 424. | Email chain between Scott Gibbs and Mike Granby, dated November 18, 2010 | N-TRON_0004512 | * |
| 425. | Email chain between Scott Gibbs and Mike Granby, dated November 18, 2010 | N-TRON_0004075 | * |
| 426. | Email Mike Granby to Roger Stephens, dated November 18, 2010 | N-TRON_0035803 | * |
| 427. | Email Scott Gibbs to Warren Nicholson and others, dated November 18, 2010 | N-TRON_0004085 | * |
| 428. | Email Mike Granby to Scott Gibbs, dated November 18, 2010 | N-TRON_0004518 | * |
| 429. | Email chain between Scott Gibbs, Mike Granby and others, dated November 18, 2010 | N-TRON_0004087-88 | * |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 430. | Email chain between Mike Granby and Scott Gibbs, dated November 18, 2010 | N-TRON_0004524-25 | * |
| 431. | Email Scott Gibbs to Mike Granby, dated November 19, 2010, and Email Greg Jones to Scott Gibbs, dated November 18, 2010 | N-TRON_0004531-33 | * |
| 432. | Email chain ending Mike Granby to Scott Gibbs, dated November 19, 2010 | N-TRON_0004574 | * |
| 433. | Email chain between Michael Deal and Scott Gibbs, dated November 19, 2010 | N-TRON_0004585 | * |
| 434. | Email Greg Jones to Scott Gibbs, dated November 19, 2010 | N-TRON_0004647 | * |
| 435. | Email Scott Gibbs to Michael Deal and others, dated November 18, 2010 | N-TRON_0004505 | * |
| 436. | Email chain between Mike Granby to Scott Gibbs dated September 13, 2010 | N-TRON_0004439 | * |
| 437. | Email chain between Diane Davis and Scott Gibbs dated October 19, 2010 | N-TRON_0004471 | * |
| 438. | Email chain between Scott Gibbs and Richard Whitehurst dated November 10, 2010 | N-TRON_0004490 | * |
| 439. | Email from Jeremy Morcom to Warren Nicholson dated June 23, 2010 | N-TRON_0032937 | ** |
| 440. | Email chain between Mike Granby and Scott Gibbs dated September 13, 2010 | N-TRON_0004439 | * |
| 441. | Email chain between Scott Gibbs and Richard Whitehurst dated November 10, 2010 | N-TRON_0004490 | * |
| 442. | Email chain between Scott Gibbs and Mike Granby dated December 16, 2010 | N-TRON_0004707 – N-TRON_0004708 | * |
| 443. | Correspondence from Gordon Stevens to Scott Ranger | N-TRON_0028789 | |
| 444. | E-mail chain between Mike Granby and Jeremy Morcom dated January 29, 2010 | N-TRON_0032129 – N-TRON_0032130 | * |
| 445. | Email chain between Richard Whitehurst, Jeremy Morcom and Mike Granby dated January 29, 2010 | N-TRON_0032131 – N-TRON_0032133 | * |
| 446. | Email chain between Warren Nicholson and Jeremy Morcom dated February 9, 2010 | N-TRON_0032164 | * |
| 447. | Section 23 - Acquisition Due Diligence updated March 2009 | N-TRON_0031969 – N-TRON_0031991 | * |
| 448. | Annex B – Spectris' Core Due Diligence Requirements | N-TRON_0032255 – N-TRON_0032276 | * |
| 449. | Email chain between Warren Nicholson, Jeremy Morcom, and Mike Granby dated April 15, 2010 | N-TRON_0032423 – N-TRON_0032424 | * |

| Exhibit No. | Description | Bates Number or other identification, if applicable | Obj.[1] |
|---|---|---|---|
| 450. | Email from Warren Nicholson to Jeremy Morcom dated May 31, 2010 | N-TRON_0032675 | * |
| 451. | Correspondence from Scott Gibbs to Hannah Gloria dated May 12, 2011 | N-TRON_0002021 – N-TRON_0002022 | ** |
| 452. | N-Tron Spreadsheet | N-TRON_0002028 | * |
| 453. | Email chain between Mike Granby and Scott Gibbs dated May 12, 2011 | N-TRON_0002029 – N-TRON_0002030 | * |
| 454. | Email chain between Richard Whitehurst, Scott Gibbs, Chris Matthews, Mike Granby, and Diane Davis dated May 13, 2011 | N-TRON_0002038 – N-TRON_0002040 | * |
| 455. | Email chain between Chris Matthews, Richard Whitehurst, Scott Gibbs, Mike Granby and Diane Davis dated May 13, 2011 | N-TRON_0002041 – N-TRON_0002044 | * |
| 456. | Email chain between Richard Whitehurst, Mike Granby and Scott Gibbs dated May 13, 2011 | N-TRON_0002053 – N-TRON_0002056 | * |
| 457. | Email chain between Mike Granby and Richard Whitehurst dated May 13, 2011 | N-TRON_0002067 – N-TRON_0002071 | * |
| 458. | Email from Scott Gibbs to Richard Whitehurst, Diane Davis, Chris Matthews, Mike Granby, Jeff Mummert, Mike Topper, Dennis Singleton, and Max Maxwell dated May 25, 2011 | N-TRON_0002094 | * |
| 459. | Email from Richard Whitehurst to Scott Gibbs and Mike Granby dated July 19, 2011 | N-TRON_0002575 | * |
| 460. | Declaration from Anthony C. Walsh, Executive Counsel – Litigation, GE Power & Water, a Division of General Electric Company | | |
| 461. | GE Vietnam Limited Purchase Order to N-Tron Corporation dated February 2, 2012 | GE NTRON 000967-69 | * |

Respectfully submitted,

HAND ARENDALL LLC
Attorneys for Defendants/Counterclaimants

By:     /s/ Douglas L. McCoy
          Douglas L. McCoy
          dmccoy@handarendall.com
          J. Hodge Alves, III
          halves@handarendall.com
          Jennifer S. Morgan
          jmorgan@handarendall.com
          K. Megan Brooks

mbrooks@handarendall.com
11 North Water Street, Suite 30200
Mobile, Alabama 36602
Tel:     (251) 432-5511
Fax:     (251) 694-6375

and

CLYDE & CO US LLP
Attorneys for Defendants

John R. Keough, III
Casey D. Burlage
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel:     (212) 710-3900
Fax:     (212) 710-3950

26