UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
N-TRON CORPORATION,

        Plaintiff,

- against -

WARREN H. NICHOLSON, ROBERT A.
NICHOLSON, THOMAS SHAW, KATHY S.
NICHOLSON, and MARY S. NICHOLSON,

        Defendants.

- and -

WARREN H. NICHOLSON, ROBERT A.
NICHOLSON, ROBERT A. NICHOLSON,
THOMAS SHAW, KATHY S. NICHOLSON,
and MARY S. NICHOLSON,

        Counter-Claim Plaintiffs,

- and -

WNE CAPITAL HOLDINGS CORPORATION,

        Intervenor-Counterclaim-Plaintiff

- against -

N-TRON CORPORATION,

        Counterclaim-Defendant.
-------------------------------------------------------------X

12 Civ. 03568 (GBD) (GWG)

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, and based upon their Brief in Support of Motion for Summary Judgment, Statement of Material Facts, Evidentiary Submission in Support of Motion for Summary

1

Judgment,[1] and all prior proceedings and papers in this action, defendants, by their attorneys Hand Arendall LLC and Clyde & Co US LLP, will move this Honorable Court on September 30, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, at Courtroom 11A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, for an order granting summary judgment dismissal in favor of the defendants and against plaintiff N-Tron Corporation as to all claims stated against the defendants in the Complaint.

        HAND ARENDALL LLC
        Attorneys for Defendants and Counterclaimants

        By:    /s/ K. Megan Brooks
                Douglas L. McCoy
                dmcccoy@handarendall.com
                J. Hodge Alves, III
                halves@handarendall.com
                Jennifer S. Morgan
                jmorgan@handarendall.com
                K. Megan Brooks
                mbrooks@handarendall.com
                11 North Water Street, Suite 30200
                Mobile, Alabama 36602
                Tel:    (251) 432-5511
                Fax:   (251) 694-6375

                and

        CLYDE & CO US LLP
        Attorneys for Defendants

                John R. Keough, III
                Casey D. Burlage
                405 Lexington Avenue, 16th Floor
                New York, New York 10174
                Tel:    (212) 710-3900

---

[1] Defendants have moved to file their summary judgment filings, including their Brief, Statement of Material Facts, and Evidentiary Submission in Support of Motion for Summary Judgment under seal with this Court and will do so once the Court rules on that motion. Defendants have already timely served a copy of Defendants' summary judgment filings on opposing counsel.

                                                           Fax:    (212) 710-3950

TO:    Rollin A. Ransom, Esq.
         Sidley Austin LLP
         555 West Fifth Street, Suite 4000
         Los Angeles, CA 90013
         Tel.: (213) 896-6047
         Fax: (213) 896-6600
         Email: rransom@sidley.com

         Colin J. Garry, Esq.
         Sidley Austin LLP
         787 Seventh Avenue
         New York, NY 10019
         Tel.: (212) 839-5792
         Fax: (212) 839-5599
         Email: cgarry@sidley.com